# In The United States Court of Federal Claims

No. 02-205C

(Filed: July 3, 2003)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference was held in this case on July 3, 2003. Participating in this conference, on behalf of plaintiff, was Danne Webb, and, on behalf of defendant, John Williamson. During the conference, the parties agreed to the following briefing schedule:

1. Plaintiff shall file its motion for summary judgment on or before August 29, 2003.

2. Defendant shall file its cross-motion for summary judgment and response to plaintiff's motion on or before October 3, 2003.

3. Plaintiff shall file its reply brief and response to defendant's cross-motion on or before October 31, 2003.

4. Defendant shall file its reply to its cross-motion on or before November 21, 2003.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge