IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEEKS MARINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-205C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 10 days, to and including July 21, 2003, within which to file its response to plaintiff's motion to compel. Defendant's response is currently due on July 11, 2003. This is defendant's first request for an enlargement of time. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement is necessary because the undersigned trial attorney has been in Wyoming during the week of June 30, 2003 to conduct discovery in another case pending before this court, Sweetwater v. United States, No. 02-1795C (Judge Merow). The additional time is necessary to permit consultation with agency counsel and supervisory lawyers at the Justice Department about the privileged nature of the documents sought and preparation of the response.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 10 days, to and including July 21, 2003, to respond to plaintiff's motion to compel.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

/s David M. Cohen

DAVID M. COHEN
Director

/s John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St. NW
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

July 7, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of July, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson