**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO FILE PAPER COPIES**
**IN LIEU OF ELECTRONIC FILING ATTACHMENTS**

COMES NOW Plaintiff, Weeks Marine, Inc., by and through its undersigned counsel of record, and hereby moves this Court for an order permitting it to file certain documents in hard, paper form as opposed to electronically. For its suggestions in support, Plaintiff states as follows:

1. Plaintiff has prepared a Motion for Summary Judgment, a Brief in Support and Proposed Findings of Uncontroverted Facts.

2. The exhibits to the Proposed Findings of Uncontroverted Facts are numerous and, in some situations, consist of oversized surveys and color photographs.

3. Because of the difficulties in transmitting those exhibits electronically, Plaintiff desires to file the actual pleadings with the exhibits electronically.

4. Plaintiff would then submit duplicate copies of the pleadings and the exhibits to the court and opposing counsel in hard copy form.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Court to enter an Order granting it leave to file the pleadings electronically, without exhibits, and

submitting duplicate copies of the pleadings and exhibits to the Court and opposing counsel in hard, paper form, together with any other relief the Court deems just and proper.

Respectfully submitted,

MILLER LAW FIRM, P.C.

*/s/ Richard W. Miller*

Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Ph: (816) 531-0755
Fax: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing was federal expressed this 26th day of September, 2003, to:

Robert D. McCallum, Jr.
David M. Cohen
John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

*/s/ Richard W. Miller*
Attorneys for Plaintiff