# In The United States Court of Federal Claims

No. 02-205C

(Filed: September 29, 2003)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 24, 2003, plaintiff filed a motion to compel discovery in this case. On July 21, 2003, defendant filed a brief in opposition to plaintiff's motion to compel discovery. Based on the court's *in camera* review of the documents at issue, plaintiff's motion to compel discovery of those documents is hereby **DENIED**.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge