# In The United States Court of Federal Claims

No. 02-205C

(Filed: October 2, 2003)

---

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 2, 2003, plaintiff filed a motion to file paper copies in lieu of electronic filing attachments, with attached exhibits. The motion is hereby **GRANTED**. However, on or before October 10, 2003, plaintiff shall file two additional copies of the motion and attached exhibits as required by RCFC 5.3(d).

**IT IS SO ORDERED**.

Francis M. Allegra
Judge