IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WEEKS MARINE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-205C<br>(Judge Allegra) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 10 days, to and including November 6, 2003, within which to file its opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment. Defendant's opposition and cross-motion are currently due on October 27, 2003. This is defendant's first request for an enlargement of time. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement is necessary because defendant's counsel requires additional time to consult with the agency involved, the United States Army Corps of Engineers, and supervisory lawyers at the Department of Justice in order to prepare defendants' brief and supporting documents. The undersigned trial attorney is assigned to Sweetwater v. United States, No. 02-1795 (Judge Merow), in which fact discovery closes on October 22, 2003, and has spent September 22-26, 2003, and October 6-10, 2003 in Colorado and Wyoming, respectively, taking and defending depositions, and expects to take and defend additional depositions during the week of October 20, 2003. In addition, defendants'

summary judgment brief in that case is due on November 17, 2003. The undersigned trial attorney has also been engaged in preparing the respondent's brief in Scruggs v. Army, No. 03-3257 (Fed. Cir.), filed on October 16, 2003.

Unanticipated developments in other cases for which the undersigned attorney is responsible have reduced the time available to prepare the brief in this case. On October 7, 2003, Magistrate Judge Walters of the Southern District of Iowa ordered the defendants to respond by November 6, 2003 to extensive discovery requests in American Growers Ins. Co. v. Federal Crop Insurance Corp. et al., No. 01-10059 (S.D. Iowa), a case in which defendants' motion to limit review to the administrative record is still pending before Chief Judge Longstaff. On October 8, 2003, Judge Randy Crane of the Southern District of Texas ordered defendants to file by November 5, 2003 their summary judgment brief in Rain & Hail Ins. Co. v. Federal Crop Ins. Corp. et al., No. 01-00280 (S.D. Tex.).

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 10 days, to and including November 6, 2003, to file our opposition to plaintiff's motion for summary judgment and our cross-motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

OF COUNSEL:

ALEX PETTY
Assistant District Counsel
U.S. Army Corps of Engineers
Galveston District
Jadwin Building
2000 Fort Point Road
Galveston, TX 77550

/s John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

October 17, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 17th day of October, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson