IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WEEKS MARINE, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 02-205C
(Judge Allegra)

**MOTION FOR LEAVE TO FILE APPENDIX IN PAPER FORM**

Defendant hereby respectfully requests that the Court grant us permission to file in paper form rather than electronically the Appendix to Defendant's Cross-Motion For Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. The Appendix contains color photographs and a CD-ROM with digital videos which cannot be filed with the Court electronically. Further, the Appendix is nearly 300 pages long, and the photographs and videos are integrated with the declarations that support them.

Therefore, for the convenience of the Court and the parties, we respectfully request that the Court grant us leave to file our entire Appendix in paper form rather than filing the color photographs and digital videos separately. In conformance with Rule 5.3(d) of the Rules of the Court of Federal Claims, we have submitted for filing the original and two copies of our Appendix.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

ALEX PETTY
Assistant District Counsel
U.S. Army Corps of Engineers
Galveston District
Jadwin Building
2000 Fort Point Road
Galveston, TX 77550

November 6, 2003

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 6th day of November, 2003, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE APPENDIX IN PAPER FORM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson