# In The United States Court of Federal Claims

No. 02-205C

(Filed: November 10, 2003)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 6, 2003, defendant filed what was designated in the court's Electronic Case Filing (ECF) system as a motion for summary judgment in this case. On the same day, defendant filed a cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment. Having reviewed the documents filed, and finding the motions seemingly to be identical, the court is of the belief that the first filing, designated #32 in ECF, was filed using the wrong event, and that the second filing, #33 in ECF, represents the proper filing of defendant's cross-motion. For this reason, the Clerk is ordered to strike filing #32 in this case.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge