Initial site visit, Friday January 28, 2000
~1800, wind 10-15mph



Initial site visit, Friday January 28, 2000
~1800, wind 10-15mph





EXHIBIT
2
CARELOCK