# SUPPLEMENTAL AFFIDAVIT OF DANIEL McDOUGAL

STATE OF MISSOURI )
) ss:
COUNTY OF ~~Clay~~ Platte )

My name is Daniel McDougal. I am of sound mind, legal age and otherwise capable of making this Affidavit.

1. When Dredge America originally discovered the differing site condition, some time was consumed on how to respond to the actual conditions that existed.

2. Dredge America was prepared to lay the geotube on the jetty depicted on the drawing, during a slack weather period.

3. All parties, including the Government, knew that a slack weather period was key to the success of the project.

4. Dredge America reasonably expected that during a slack weather period, the jetty would appear as the Sketch depicted it.

5. Dredge America was not expecting, and could not have reasonably expected, to lay a geotube on the surface as shown in the photographs.

6. Dredge America and Weeks certainly understood this area was a high risk area in which to work, and that the weather patterns needed to be accounted for. Those weather patters only usually lasted for a period of hours.

7. Since the condition of the jetty surface made it much more difficult to install and fill the tube, it took much more time to complete the task. In fact, the tube itself had to be reconfigured from a single 500 foot tube to three tubes of varying length.

8. The inability to complete the project during the rare weather windows only increased the time that Dredge America had to remain on site.

9. All of the other damages that Dredge America incurred flowed directly from the extended period of time that Dredge was at the project location, and are directly attributable to the delays caused by the surface of the jetty.

10. The simple fact is that had Dredge America been able to complete its work as contemplated, but for the drastic elevation changes in the work surface, none of the other problems would have ever occurred. For example, the vandalism that the Government refers to took place in September, 2000, many months after Dredge America should have been able to finish its work.

11 The differing site condition was the ultimate cause of all of the remaining delays and problems, and liability follows.

FURTHER AFFIANT SAYETH NAUGHT.

Daniel McDougal

Sworn to before me this 12th day of December, 2003.

Notary Public

My Commission Expires:

6/18/2007

ROBERTA M. BEIER
Notary Public - Notary Seal
State of Missouri
County of Platte
My Commission Exp. 06/18/2007

11



C:\Documents and Settings\Dan\Local Settings\Temporary Internet Files\OLKF5\mcdougalaffid2.d08.doc