**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATEMENT OF GENUINE ISSUES**

Plaintiff, Weeks Marine, Inc. ("Weeks"), provides this Statement of Genuine Issues as required by Court of Federal Claims Rule 56(d)(2). Weeks has provided its detailed response to Defendant's Corrected Proposed Findings of Uncontroverted Facts. As set forth in that document, there are no genuine issues of material fact raised by the Defendant that would preclude the entry of summary judgment in favor of Weeks. Weeks requests that summary judgment be entered in its favor and against Defendant on the liability issues, together with any other relief the Court deems just and proper.

Respectfully submitted,

MILLER LAW FIRM, P.C.

*<u>/s/ Richard W. Miller</u>*
Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Ph: (816) 531-0755
Fax: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing was federal expressed this ____ day of _________________, 2003, to:

Robert D. McCallum, Jr.
David M. Cohen
John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

*/s/ Richard W. Miller*
Attorneys for Plaintiff