**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>PLAINTIFF'S SUR-REPLY BRIEF</u>**

This Sur-Reply Brief addresses one new argument advanced by the Government in its Reply in Support of its Corrected Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

On page 6 of its Reply Brief, the Government emphasizes that Weeks Marine's bid was less than half the bid of another contractor - J&S Contractors. The Government is apparently attempting to intimate that Weeks or Dredge America simply underbid this project and must live with the consequences.

The Court should be aware that Weeks' bid for the geotube installation of this project was $100,000.00. *See Exhibit 26 attached here at page 121, which is the bid abstract for the three bidders and the Government's estimate.* The Government's estimate for the geotube installation portion of this project was $70,000.00. *Id., see also Exhibit 25, attached here at pp. 119-120, which is Mike deMasi's testimony, pp. 43, line 10 through p. 44, line 21.* Weeeks' bid was the closest bid to the Government's own estimate for this work. The other two bidders were over twice and three times the Government's estimate, respectively. *See Exhibit 26.* The

Government cannot criticize Weeks for submitting the lowest bid when the Government's own estimate was thirty percent less than Weeks' bid.

Respectfully submitted,

MILLER LAW FIRM, P.C.

Date: December 31, 2003

*/s/ Richard W. Miller*
Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Ph: (816) 531-0755
Fax: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of December, 2003 the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

*/s/ Richard W. Miller*
Attorneys for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WEEKS MARINE, INC., *
Plaintiff, *
VS. * NO. 02-225C
THE UNITED STATES, *
Defendant. *

ORAL DEPOSITION OF
MICHAEL J. deMASI
NOVEMBER 20, 2002

Oral deposition of MICHAEL J. deMASI, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on November 20, 2002, from 9:31 a.m. to 12:19 p.m., before Jeanette L. Jordan, CSR in and for the State of Texas, reported stenographically, at the office of the U.S. Army Corps of Engineers, Galveston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



APPEARANCES

ATTORNEYS FOR PLAINTIFF:
Miller Law Firm
4310 Madison Avenue
Kansas City, Missouri 64111
By: MR. DANNE W. WEBB

ATTORNEYS FOR DEFENDANT:
MR. JOHN WILLIAMSON
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

ALSO PRESENT:
Mr. Dan McDougal
Mr. Donald William Carelock

REPORTED BY:
Ms. Jeanette L. Jordan, CSR



EXAMINATION INDEX


| QUESTIONS BY | PAGE |
|---|---|
| Mr. Webb | 05 |
| Mr. Williamson | 89 |
| Mr. Webb | 94 |


INDEX OF EXHIBITS


| NO. | MARKED | DESCRIPTION |
|---|---|---|
| 16 | 16 | E-mail from Mr. deMasi with attached photographs |
| 17 | 27 | Photograph of jetty surface |
| 18 | 31 | Project engineer's project notebook |
| 19 | 32 | Original sheet drawing of jetty-weir |
| 20 | 33 | Original sheet drawing of jetty-weir |
| 21 | 36 | Sheet No. 1 Mouth of Colorado River and Impoundment Basin |
| 22 | 36 | Sheet No. 1 Mouth of Colorado River and Impoundment Basin with change |
| 23 | 40 | Drawing to accompany Amendment No. 1 |
| 24 | 42 | Diagram of cross-sections 34 plus 300 to 35 plus 300 |
| 25-26 | 42 | Various project drawings |
| 27 | 43 | Bid abstract |
| 28 | 49 | Cross-section diagram |
| 29 | 50 | Cross-section diagram |




INDEX OF EXHIBITS
(Continued)


| NO. | MARKED | DESCRIPTION |
|---|---|---|
| 30 | 63 | Profile of jetty-weir |
| 31 | 70 | Fax from Mr. deMasi to John Morris with attached Sheets 1 and 2 |
| 32 | 91 | Photograph of surface of weir-jetty |


EXHIBIT
tabbies
25

119

Page 41

thereby allowing wave action and consequent sediment transport across it."
Q: Do you know if that language was on the original drawing or if that language was added with the amendment?
A: I don't know.
Q: Does this drawing indicate that anything was changed on it?
MR. WILLIAMSON: Objection to the form of the question.
Q: (By Mr. Webb) From the original drawing. Can you tell if there were any changes to this drawing?
MR. WILLIAMSON: Same objection.
A: Not without looking at the original drawing.
Q: (By Mr. Webb) There is a hexagon — off the record.
(Discussion off the Record)
Q: There is a hexagon with a "1" in it. In engineering parlance, what does that mean?
A: Change.
Q: Is that the same symbol as a delta? I mean, does it have the same effect?
A: Yeah.
Q: And what does it say the change is?
A: It says "add Section No. 5 with new southerly

Page 42

limit of dredging."
Q: Okay. And the date of that change was...
A: August 15th, 2000.
Q: Okay. As you sit here today, did that change have anything to do with the geotube installation?
A: I have no idea. I wasn't here.
Q: I'm showing you what's been marked as Deposition Exhibit No. 24 and I'd ask you what that is and why it's in your notebook.
A: This is cross-sections from Station 34 plus 300 to 35 plus 300.
Q: Is that a 1,000-foot stretch?
A: It sure is.
Q: May I?
A: Sure.
Q: What do these cross-sections indicate?
A: Those are cross-sections of the navigation channel.
Q: Do these show the jetty-weir where the geotubes were to be installed?
A: No.
Q: Do they have any correlation to where the geotube is going to be laid?
A: No.
Q: Is there anything on this sheet that's important

Page 43

at all with regard to the geotubes?
A: Nothing.
Q: I'm not — well, I will mark them. I'm going to show you what's been marked as Deposition Exhibits 25 and 26 and ask you if either of these has anything to do with the geotube installation amendment.
A: Quick review, I'd say no.
Q: Well, take the time you need.
A: That's about all the time I need.
Q: Okay. That's why you get paid the big bucks. I want to show you what's been marked Deposition Exhibit 27 which is a document, the last document that's contained in the inside flap of your notebook. Do you recognize that as what's normally called a bid abstract?
A: Yes.
Q: And is that for the project that included the geotech — geotextile tube installation?
A: Yes.
Q: What was the Government's estimate for that work?
MR. WILLIAMSON: Objection to the —
A: Which part of it?
MR. WILLIAMSON: Objection to the question — I'm sorry — object to the form of the question.

Page 44

MR. WEBB: That's fair.
Q: (By Mr. Webb) Do you see a column for geotextile tube?
A: Yes.
Q: And it's got a tabulation of three bids plus the original Government estimate and the revised Government estimate.
A: Yes.
Q: What are the — what was the original Government estimate?
A: For the geotextile tube?
MR. WILLIAMSON: Objection to the question.
Q: (By Mr. Webb) For the geotube, yes.
MR. WILLIAMSON: Objection to the question. Objection to the form of the question.
Q: (By Mr. Webb) You can go ahead and answer.
A: $70,000.
Q: And the revised Government estimate?
MR. WILLIAMSON: Same objection.
Q: (By Mr. Webb) You can go ahead.
A: The same $70,000.
Q: Did you play any role in the preparation of the Government estimate for that work?
A: No.
Q: Do you know who did?

120

IFB No.: DACW64-00-B-0008 | Issued: 3 Jan 00 | Opened: 3 Feb 00

Project Title: Mouth of Colorado River, Texas, Navigation Channel and Impoundment Basin in Matagorda County, Texas.

Number of Amendments Issued: 0001

| INDIVIDUAL BIDDERS | (1) Mobilization & Demobilization | (2) Geotextile Tubes | (3) Mobilization & Demobilization | (4) Unit Price | (4) Dredging - 380,000 CY | (5) Pipelines | TOTAL SCHEDULE NO. 1 | GOVERNMENT ESTIMATE | % |
|---|---|---|---|---|---|---|---|---|---|
| WEEKS MARINE, INC.<br>PO BOX 339<br>KENNER, LA 70063 | 50,000.00 | 100,000.00 | 280,000.00 | 2.20 | 836,000.00 | 100,000.00 | 1,366,000.00 | 1,144,800.00 | 19.32% |
| BEAN STUYVESANT LLC<br>PO BOX 51118<br>NEW ORLEANS, LA 70151 | 60,000.00 | 238,000.00 | 457,000.00 | 2.50 | 950,000.00 | 170,000.00 | 1,875,000.00 | 1,144,800.00 | 63.78% |
| RENDA MARINE, INC.<br>2307 FM 1495, SUITE 218<br>FREEPORT, TX 77541 | 100,000.00 | 150,000.00 | 400,000.00 | 4.00 | 1,520,000.00 | 400,000.00 | 2,570,000.00 | 1,144,800.00 | 124.49% |
| Revised Government Estimate | 19,600.00 | 70,000.00 | 280,000.00 | 1.77 | 672,600.00 | 102,600.00 | 1,144,800.00 | | |
| Government Estimate | 19,600.00 | 70,000.00 | 280,000.00 | 1.35 | 513,000.00 | 102,600.00 | 985,200.00 | | |

I certify that I have opened, read, and recorded on this abstract all offers received in response to this solicitation.

Carol A Devany (signature) 2-10-00

Carol A. Devany, Contracting Officer Dated:

EXHIBIT tabbies 26

EXHIBIT 27 DeMasi