IFB No.: DACW64-00-B-0008 | Issued: 3 Jan 00 | Opened: 3 Feb 00

Project Title: Mouth of Colorado River, Texas, Navigation Channel and Impoundment Basin in Matagorda County, Texas.

Number of Amendments Issued: 0001

| INDIVIDUAL BIDDERS | (1) Mobilization & Demobilization | (2) Geotextile Tubes | (3) Mobilization & Demobilization | (4) Unit Price | (4) Dredging - 380,000 CY | (5) Pipelines | TOTAL SCHEDULE NO. 1 | GOVERNMENT ESTIMATE | % |
|---|---|---|---|---|---|---|---|---|---|
| WEEKS MARINE, INC.<br>PO BOX 339<br>KENNER, LA 70063 | 50,000.00 | 100,000.00 | 280,000.00 | 2.20 | 836,000.00 | 100,000.00 | 1,366,000.00 | 1,144,800.00 | 19.32% |
| BEAN STUYVESANT LLC<br>PO BOX 51118<br>NEW ORLEANS, LA 70151 | 60,000.00 | 238,000.00 | 457,000.00 | 2.50 | 950,000.00 | 170,000.00 | 1,875,000.00 | 1,144,800.00 | 63.78% |
| RENDA MARINE, INC.<br>2307 FM 1495, SUITE 218<br>FREEPORT, TX 77541 | 100,000.00 | 150,000.00 | 400,000.00 | 4.00 | 1,520,000.00 | 400,000.00 | 2,570,000.00 | 1,144,800.00 | 124.49% |
| Revised Government Estimate | 19,600.00 | 70,000.00 | 280,000.00 | 1.77 | 672,600.00 | 102,600.00 | 1,144,800.00 | | |
| Government Estimate | 19,600.00 | 70,000.00 | 280,000.00 | 1.35 | 513,000.00 | 102,600.00 | 985,200.00 | | |

I certify that I have opened, read, and recorded on this abstract all offers received in response to this solicitation.

Carol A Devany 2-10-00

Carol A. Devany, Contracting Officer    Dated:

EXHIBIT 26

EXHIBIT 27 DeMasi