# In The United States Court of Federal Claims

No. 02-205C

(Filed: January 12, 2004)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

An oral argument on parties' cross-motion for summary judgment will be held in this case on Friday, April 2, 2004, at 10:00 a.m.(EST), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge