**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR NEW DESIGNATION OF COUNSEL OF RECORD**

COMES NOW Danne W. Webb of the Miller Law Firm, P.C. and requests that he be designated as counsel of record in place of Richard W. Miller, Esq. For his suggestions in support of this motion, Mr. Webb states as follows:

1. When this case was originally filed, Danne W. Webb was not admitted to practice before the United States Court of Federal Claims. Accordingly, Richard W. Miller of the Miller Law Firm, P.C. was designated as counsel of record.

2. On April 9, 2002, Danne W. Webb was admitted to practice before the United States Court of Claims.

3. The change in designation of counsel of record is made for the convenience of the Court and the parties, and not for any other purpose.

WHEREFORE, Danne W. Webb respectfully requests that he be designated as attorney of record in place of Richard W. Miller, together with any other relief the Court deems just and proper.

Respectfully submitted,

MILLER LAW FIRM, P.C.

Date: January 16, 2004

*_/s/ Richard W. Miller_*
Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Ph: (816) 531-0755
Fax: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of January, 2004 the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

*_/s/ Richard W. Miller_*
Attorneys for Plaintiff