# EXHIBIT 36

A. I don't recall. It was -- it was around -- I'm trying to think if he'd been on any projects before then. I don't know. It was around that same time. I can't remember. Around '98, something like that.
Q. After Dredge America won the contract and performed that work, did you have any further involvement with that project as it was being carried out?
MR. WEBB: Still on the Galveston project?
MR. WILLIAMSON: Yes, on the Galveston Island project.
A. Pretty minimal. I would go down every once in a while. I think I was on the project a couple of times during the course of the project, two or three times.
Q. (By Mr. Williamson) Did you get reports on the progress of the project from Mr. Anglesey?
A. Yes.
MR. WILLIAMSON: Off the record for a moment.
(Discussion off the record.)
Q. (By Mr. Williamson) Did Mr. Anglesey orally report to you on the course of the project?



A. Yes.
Q. How long did that project last?
A. I don't remember. About a year and a half maybe.
Q. Was there a timetable or schedule set by the contract --
A. Yes.
Q. -- by which the work was supposed to be completed?
A. Yes.
Q. And you said it was about 2 1/2 miles' worth of geotextile tube?
A. Yes -- well, actually it was more than that.
Q. Can you think of it in terms of thousands of feet or what's --
A. Yeah, there was -- there was twelve -- I believe around 12,000 linear feet of, like, 30-foot circumference tube, and then there was probably another four -- four or five thousand of, like, a 15-foot circumference tube that was all under water.
Q. And was the project completed within the schedule required by the contract?
A. Yes, I believe it was.
Q. So the timetable provided for installing the

271



tubes was about a year and a half?
A. Yes.
Q. And can you just briefly describe for me the methodology used on that project to place and fill the tubes. I guess starting off with can you describe the terrain in which these tubes were to be placed?
A. The terrain was -- like I say, was all under water. It varied from 2-foot deep to 5 to 6-foot deep. Tubes were -- well, there was a scour apron that was put down first that was specified which had two anchor tubes on each side of it. So the scour aprons were -- were unrolled first and were staked down and then the anchor tubes were filled up.
Q. What was the surface that the tubes were being placed on, generally speaking?
A. It was reasonably flat for the most part.
Q. What was the composition of the material that they were being placed on?
A. It was silty sand.
Q. And was that just the natural sand there or was it something that had been pumped there from some previous dredging or -- or, you know, construction?



A. No, it was all natural -- the natural bottom.
Q. Was this in a park, a state park?
A. Yes. It may not be the kind of state park you're thinking of. It's -- but it was -- it was state park property, yes.
Q. Okay. It was just marshy grasslands?
A. Yeah, exactly, uh-huh.
Q. This is some sort of bird refuge or something?
A. Well, yes. It's -- yeah. It's just general wildlife refuge and they're trying to and have restored the wetlands. The wetlands were being eroded away, and depends on who you talk to, had different theories of that, but these geotubes basically protected the wetlands so they would stay in place. There was wave action that were -- over the course of the last 10 years were washing the wetlands away.
Q. And when -- you said this is on the west side of Galveston Island; right?
A. Yes.
Q. So was the project area that you were working in on the intercoastal canal or intracoastal waterway?
A. It was on that side of the island, the intercoastal was -- canal is -- it's farther

away than that. I'm not even -- yeah, it's --
it's there somewhere, but it was -- it wasn't
close to where we were working.
Q. Okay.
MR. WEBB: Off the record.
(Discussion off the record.)
Q. (By Mr. Williamson) Was the project area for
the Galveston Island geotextile tube project,
was that exposed directly to the Gulf of
Mexico?
A. No.
Q. What was the wave action that -- or can you
describe the wave action that was causing this
erosion that the geotextile tubes were supposed
to address on the Galveston Island project?
A. Yeah, there was a large area of open water,
because it's thousands of feet wide at that
area to the -- to the coast line of Texas, the
inland coast side of Texas, so the waves could
be anywhere from 3 to 4-foot at times there.
Normally they were maybe one foot to two at the
most.
Q. And I think I may have started asking you
questions when you were describing kind of
where the tube was being placed. You said it



was in about 2 to 4 or 5 feet of water? If you
can just kind of continue your description
about the methodology of putting down the scour
apron and -- and so on.
A. Yeah, the water depth varied in there from
maybe as much as 5-foot to about 2-foot of
depth. It was on natural ground and was -- it
was reasonably level. It was a silty sand, so
it was fairly soft. We rolled a scour apron
out first and filled the anchor tubes up and
then placed the geo -- unrolled the geotube on
top of that and filled it up and basically did
one at a time. They were approximately
250-foot long for the most part.
Q. Each tube?
A. Each tube, yes, uh-huh.
Q. And when you say it was rolled out, how was
that done?
A. It was unrolled off the front of a boat. We
had a big roller on there and it was -- the
boat basically backed up as you had people in
the water that -- that unrolled it as the boat
would back up and they staked it down as the
boat backed up.
Q. What draft did this boat have?



A. Probably a -- less than a foot.
Q. What kind of boat was it?
A. We had them special built. It was basically
like an aluminum barge.
Q. And what -- how -- what were its dimensions?
A. It was 8-foot wide by, oh, 20 something feet
long.
Q. And were these built for this specific project?
A. Yes.
Q. Who built them?
A. I don't recall the name. They're right there
in the Galveston area in the -- they're in that
area. It's a company that builds a lot of
wetland-type boats and marsh buggies and
those -- it might have been marshland or
something along those lines.
Q. So was the lead time on the project sufficient
that after receiving the award, but before time
for performance, you had sufficient time to
have these boats built specifically to perform
that project?
A. Yes.
Q. How long did it take the boats to be built?
A. I don't know. Maybe 60 days.
Q. What means of propulsion did they have?



A. They had outboard motors on them.
Q. How many?
A. They had two outboard motors on each boat.
Q. Both in the aft -- in the stern?
A. Yes.
Q. And so when you were talking about the draft of
the boat being less than a foot, does that
include the outboard motors?
A. No. The outboard motors went down another 8 --
8 inches or so below the bottom of the boat.
Q. After the tube was unrolled off the front of
the boat, how was the tube then filled?
A. We had a small dredge with about -- from an
area about 100 feet away basically just dig a
trench and pump that material into the tubes
until we filled up.
Q. How long would it take to fill a tube, a
250-foot tube, on average?
A. Sometimes in a day, and sometimes it took two
days to actually do the filling part.
Q. So if you could -- how long would it take to
then position and fill an individual tube?
A. I don't recall exactly. I'm going to guess --
well, I don't know if you include the scour
aprons. That's another item. But just the

Do you know whether that is true?
A. I would say that's -- well, all I can say is it changes all the time, so that's -- that's about all I can say.
Q. Okay. I'd like to show you what's been marked previously as Exhibit 37.
MR. WEBB: I've got a copy of it here, John.
MR. WILLIAMSON: You know what? I do too.
Q. (By Mr. Williamson) Have you seen this document before?
A. Yes.
Q. Do you remember what -- what is it?
A. It looks like it was a faxed set of plans for this project and specifications.
Q. By this project, you mean the geotextile tube project at the mouth of the Colorado River?
A. Yes.
Q. And the first page of Exhibit 37 is a fax cover sheet addressed to you; correct?
A. Yes.
Q. From Chuck Broussard at Weeks Marine?
A. Yes.
Q. Do you remember -- well, let's see. This is



dated on the fax cover sheet January 24th, 2000. Do you remember whether you had heard anything or read anything about this project before receiving this fax?
A. I don't believe I did prior to this.
Q. Was Dredge America in January 2000 on any sort of list by e-mail distribution or any other means from the Corps of Engineers for projects in the Galveston district?
A. Not directly.
Q. Were you indirectly?
A. We subscribed to a bid service that lists federal projects, dredging projects, and this would be one that would normally show up on there.
Q. Do you recall whether you learned about the project through that bid service?
A. I believe we did. I think -- I think I may have learned about it a day or two later after we received this from Weeks.
Q. Do you remember whether you had any conversations with Mr. Broussard or anybody else at Weeks about the solicitation before you received this fax?
A. I don't believe I did.

273



Q. So your recollection is that this showed up on your fax and that was the first time that you heard about this project?
A. Yes.
Q. Do you remember what you did once you received this fax?
A. I -- not specifically, but I would assume I would -- I would have looked through it and looked at the bid date and decided to -- if we wanted to submit a bid and -- or spend time to submit a bid. And that would have been the first thing we would have done.
Q. Do you remember whether you talked to anyone at Weeks Marine about the solicitation after receiving the fax?
A. Yes, I did. I don't recall if it was either Chuck Broussard or Rick Smith, one. It would have been one of those two and I don't remember which one.
Q. So you're saying you don't remember who, but you did speak to some -- one of the two of them?
A. Yes, uh-huh.
Q. The name Rick Smith is -- is written in hand on the front page of Exhibit 37. Do you recognize



whose handwriting that is?
A. That's probably mine, I believe. Looks sloppy enough.
Q. There are some phone numbers and a name written over on the left-hand side, and I believe Mr. Morris testified in his deposition that's -- that was his handwriting --
A. That's --
Q. -- correct?
A. Yes.
Q. What do you remember about your conversation with either Mr. Smith or Mr. Broussard, whichever one it was?
A. I don't remember any of the exact nature other than it was something along the line that here's a project. It's got a geotube in it. Do you want to submit us a bid for this project, because we're going to be bidding on it as a prime contractor. And I believe it -- this was issued by addendum, so they already had the plans to the -- to the project, and they were already working on their bid for the may -- main line dredging of the Colorado River. This came after the fact in addendum form and they asked at that point if -- if we

were interested in submitting a price for the geotube work.
Q. At the time that you received this fax, Dredge America was working as a subcontractor to Weeks Marine on the Bird Island project; correct?
A. I don't know if we were completed with that or not. It would have been -- I think you're -- I think we were working there. I'm not sure what's -- where we were in the process, but I think we were working at the time --
Q. Okay.
A. -- on Bird Island.
Q. All right. So you either had finished or were still working on --
A. Yeah, we were either --
Q. -- the Bird Island project?
A. -- working on it or had just finished with it. It was somewhere in that time period.
Q. And how had Dredge America's working relationship with Weeks Marine been during the Bird Island project?
A. It was good.
Q. Do you remember Mr. Broussard or Mr. Smith saying anything to you about why Weeks Marine sent you -- sent Dredge America the



solicitation?
A. Well, I would assume that they were satisfied with our work that we were doing on Bird Island and was requesting a bid for another project.
Q. What do you remember about reading through the solicitation? What thoughts did you have looking over the project or over the solicitation for the project?
A. I believe my first thought, that it was -- the bid date was fairly rapid, soon. We've got it on the 24th. It bid the second of February, so there was only -- you know, just barely over a week prior to bid. That was my first thought.
Q. I see on the second page, which I think it's numbered WE 00332, and handwritten it says "Bid Feb 2nd." Do you see that?
A. Yes.
Q. Is there someplace else in the document where it states that -- when the bid date would be? Do you recall? I mean, are you going off something else in the document or are you just going off your -- that handwritten note?
A. I'm going off that handwritten note, and I believe the actual -- and I -- that was



probably -- I wrote that down -- was probably as I was having a conversation with either Rick or Chuck Broussard, and I -- my guess is that this probably bid on February 3rd and then as a subcontractor, we need to get our -- our price to them, to the prime contractor at least a day ahead of time, so ...
Q. Okay. So you thought that you had to bid on it pretty soon. What else do you remember noting as you went through the solicitation?
A. Nothing that I can recall specifically.
Q. This solicitation was for placing a geotextile tube on top of a jetty; correct?
A. That's correct.
Q. And do you see on page W 00343, which I think is the 13th of the 15 pages in the fax, it's at Section 3.2, surface preparation, "The tube shall be placed directly on the jetty cover stone shown"; correct?
A. Yes, uh-huh.
Q. Okay. And then if you turn to the very last page of the document, there's a Sketch 1 that shows -- it says typical geotextile tube section. Do you see that?
A. Yes.



Q. Had you -- had Dredge America ever placed a geotextile tube on top of a stone jetty?
A. No.
Q. Did you -- what did you think -- or strike that.
Once you reviewed the solicitation, did you have any thoughts about how Dredge America could go about performing this project?
A. Yes.
Q. And what -- what were your thoughts?
A. I don't remember them specifically, but I'm sure I spent the next several days thinking about ways to do this, talking with John Morris, Robert Anglesey about their ideas as well and about what they saw on site and we came up with, you know, a plan that we felt was doable.
Q. After receiving this fax, did you ever go to the job site before Dredge America submitted a bid on the project?
A. Me personally, no.
Q. Did you ask somebody else to go?
A. Yes.
Q. Was that Mr. Morris?
A. And Mr. Anglesey both.

Page 125

A. We were working in multiple locations at the same time. We had basically three different crews working different -- it was a very large area and they were working in different areas.
Q. What was the large area?
A. Oh, I don't know how many acres. It was, you know, two miles long by -- I don't know what the width was.
Q. You're talking about on Galveston Island?
A. On Galveston Island, yes. There were multiple locations to work there, multiple tubes and multiple locations, so we had three dredges there and, you know, there was lots of activity going on at the same time. It wasn't just one tube.
Q. How did you decide that a five-man crew would be adequate to install this 500-foot geotextile tube?
A. Well, just from what our experience of installing individual tubes and that's -- that's approximately what we were using at Bird Island, five-man crew. And that's what we've used on lots of other projects. Actually, several of them we're doing with three-man crews now. So it depends on the site

Page 126

conditions.
Q. Did the crew include Mr. Anglesey as the superintendent?
A. Yes.
Q. What about Mr. Morris?
A. Well, they -- they weren't there to -- that often at the same time. Basically Mr. Anglesey was there during the first portion of the project and -- and Mr. Morris took over and he was there for the second duration -- half of the project.
Q. So what was the intended composition of the crew when you prepared the estimate here? Who were those five people and what would they do?
A. Well, it would basically be one superintendent and four laborers -- or I should say one dredge operator and three laborers, three guys in the water and one guy running the dredge and the others just watching the tube laying out anchor line and so forth. When they actually got ready to -- there would be four -- four or five guys in the water getting all the anchor lines and stuff ready, and then when they got ready to pump the tube, there would be one guy on the dredge and the other four in the water to do

Page 127

whatever's needed.
Q. Now, the wave and current conditions were much more difficult on the -- on this mouth of the Colorado project than they had been on the Bird Island or Galveston Island projects; correct?
A. Yes.
Q. Did you consider whether it might be necessary to have additional members of the crew because of the different site conditions?
A. Not at the time, no.
Q. You thought that you could do it with the same number of people?
A. Yes.
Q. Even though they would be operating in heavy surf?
A. Well, they wouldn't be operating in heavy surf during the time that we planned on installing this. Again, we were only planning on doing this during -- during certain windows, weather windows. We weren't planning on doing it in the heavy surf conditions.
Q. How did you envision the crew deploying and then filling the tube on the mouth of the Colorado jetty geotextile tube project?
A. Well, it -- it -- I didn't -- I didn't envision

Page 128

every minute detail, but there would be different ways to do it, depending on the water elevation and so forth, but it -- in some manner, rolling the tube out, anchoring it as we roll it out and hooking the dredge up to it and filling it up.
Q. Okay. So you hadn't worked out a single plan of action for how you would go about -- about how the crew would go about doing the project at the time you prepared this estimate?
A. Not -- not a specific method on rolling -- every project is different. So -- so every one has to be treated differently.
Q. And on the Galveston Island project you testified earlier that a boat had been used to unroll it off the -- the tube off the front to place it in the desired location.
A. Uh-huh.
Q. Was that a method that you considered using on -- on this mouth of the Colorado project?
A. Yes. That's what we -- one we considered using.
Q. Had you settled upon a particular way of doing it at the time that Dredge America submitted its bid on the project?

A. No, not a specific way. That was just one -- one method.
Q. Were there any other methods that you gave consideration to?
A. Well, if the tide was down low enough and if the jetty was like it was shown in the drawings, you could drive a forklift out there. If you look on the jetties at Galveston when you go down there, you'll see that you can drive equipment out on them, and several times you -- you can drive rough terrain forklifts out on top of them. There's no way you could do that on this jetty.
Q. Why not?
A. Well, because the jetty surface is so irregular, it -- you know, it varies by 2 or 3 feet from one rock to the next, so there's no way --
Q. At the time -- I'm sorry.
A. There's no way you could -- you could drive a piece of equipment out on this jetty.
Q. Okay. But at the time you were preparing the estimate, you had not been able to see -- or Mr. Morris, Mr. Anglesey you've said had not been able to see the full extent of the jetty



conditions because the -- because of the wave and surf washing over them; correct?
A. That's correct.
Q. On the times that they went out to see the site before you submitted the estimate?
A. Yes.
Q. At the time that you submit a bid, do you typically have worked out the plan for how you're going to accomplish a project?
A. You work out the -- the -- the overall plan, yes, but you don't -- you don't calculate, you know, the number of bolts you buy. You -- you know, the guys that are in the field work out those issues.
Q. So you left --
A. You have an overall plan, you know, of how you're going to do it and -- and they work out the details basically.
Q. And here your overall plan was to deploy the jetty on -- the tube on top of the jetty and fill it?
A. That's correct.
Q. And then you left it to Mr. Morris to determine the specific approach to accomplish that?
A. Yes.



Q. Had you done that with other projects that he -- you'd work with him on?
A. Yes. We do the same thing on all the projects.
Q. Did he typically to your knowledge prepare a written plan that set forth the method by which he was going to accomplish the project?
A. I believe he did, you know, after we were awarded the project and either Weeks or the Corps asked -- asked for a plan or that was part of what was in the specification to give, you know, a plan of work.
Q. Looking at this estimate, you were factoring in certain sorts of equipment that you thought would be required for the project; correct?
A. Yes, uh-huh.
Q. And you said a moment ago that you could perhaps take a piece of equipment, some sort of -- what did you say, a track cat or backhoe or some sort of equipment out on the jetty and -- and -- to position the tube, but that's not -- that's not proposed in this estimate, is it?
A. No, that's not what -- that's not what I planned on doing. I was just giving that as an example if -- if -- I would not expect the



water ever to be down low enough, the tide, in order to do that, but I was just giving that as an example of one -- one thing that could be done. That's not the way I planned on doing it if that's what you're asking.
Q. So here the estimate called for using a dredge under the direct job cost. That's the first item; correct?
A. Right.
Q. For three weeks. And the dredge would pump the fill to go into the tube; right?
A. Right, uh-huh.
Q. And then there's -- four or five lines down from that it says pipe, three weeks. So that was the pipe that would connect the dredge to the -- to the tube; correct?
A. Right.
Q. And then the next line down is work boat, one week.
A. Right.
Q. What was the work boat intended to do?
A. Well, just to move pipe, pull pipe, deploy the tube, whatever -- just whatever is needed, pick up anchors, just -- just a service boat for the -- for the -- you know, anything we need to

Morris negotiated to deal with them to use their dredge as a matter of convenience to make sure we didn't miss any more weather windows.
Q. Around this time period, and in fact this Exhibit 129 reflects a November 27 meeting at Weeks Marine, correct?
A. Yes. What was the question?
Q. Do you remember whether Weeks Marine made any suggestions at that meeting about Dredge America getting another contractor involved in the project?
A. No, that wasn't their suggestion. They had nothing to do with that. That was a Dredge America decision.
Q. Do you recall where Five Star intended to position their dredge on the project site?
A. It was up inside the mouth of the river.
Q. Was the fill that their dredge was to pump into the tube to be carried by means of a pipe down to the tube? I'm showing you from the tab D, Exhibit 123 indicating in particular the top photo on page 21 there is a pipe running along the jetty walkway. Do you recall

Page 17

that?
A. Yes.
Q. Do you remember anything about who selected the route by which the pipe was laid out from the Five Star dredge down to the work area where the tube was to be filled?
A. That was Dredge America. That was John Morris's plan. Five Star, the scope of that work was we were hiring them for a dredge and an operator and to work as directed. That's all that they were supplying.
Q. Were you involved in any of the discussions with Five Star regarding their work on the project?
A. Not directly, no. That was through John Morris.
Q. And with this pipe that was run to connect the Five Star dredge to the tube, was it then possible to fill the tube as it was laid out on the jetty from the jetty walkway?
A. Yes.
Q. If I could direct you back to Exhibit 129, the November 9th entry?
A. Okay, this is 129.
Q. Yes. The second sentence there says:

Page 18

"The attempt to fill the tube was unsuccessful due to unforeseen difficulties managing the floating line."
Do you see that statement?
A. Yes.
Q. Do you recall whether connecting the or running the tube along the jetty walkway was done in order to resolve these difficulties that Dredge America had previously encountered with managing the floating line from Dredge America's dredge?
A. Partially, yes. We were trying to do everything possible so that when the weather pattern presented itself, we would have the least amount of time doing anything else other than deploying the tube. Initially we were not allowed to hang anything from the fishing pier, put anything on the fishing pier. That's the reason it wasn't done initially.
Q. On the July 27 attempt to install the tubes, and we can look back if it would be helpful to you. In fact if you want to turn to Exhibit 51, if you could turn to page -- the one you're looking at -- that reflects the July 27 attempt to install the tube. And in fact if

Page 19

you'd look in the entry above for July 25, it says: "This discussion centered on the specifics of the revised plan to deploy the geotextile tube from the pier adjacent to the jetty."
So on the July 27 attempt, Dredge America was able to install the tube from the jetty, correct? Let me say it again. On the July 27 attempt, Dredge America was trying to lower the tube onto the jetty surface from the jetty walkway, correct?
A. That's correct.
Q. And that was the method that was able to install the tube on November 9 as well?
A. For deploying the tube on the jetty, that's correct.
Q. And on both of those occasions the Dredge America dredge was positioned to the east of the jetty, correct?
A. I believe so.
Q. I'm sorry, I misspoke. It was positioned --
A. West.
Q. Here, let's get a map out.
MR. WEBB:

Page 20

You can use this. That's what
I assumed you meant.
EXAMINATION BY MR. WILLIAMSON:
Q. Why don't you look on this copy so you don't lose your place there. Here is the weir portion of the jetty. And as we discussed yesterday, up being north, so the Dredge America dredge was over here to the west of the weir portion of the jetty on both the July 27th and November 9th attempts to install?
A. That's my understanding, yes.
Q. And the November 9th entry to your left reflects that there were problems on the November 9th attempts with managing the floating line, correct?
A. That's correct.
Q. On both the July 27 attempts and November 9 attempts, the tube that pumped the fill to the tubes was not connected to the jetty walkway as is shown here on this photo dated January 18 that's in --
A. I believe that's correct.
Q. -- Exhibit 123, I think.
Do you know whether any consideration was given to running the line for the fill of

Page 21

the tube along the jetty walkway on either the July 27 or the November 9 attempts?
A. I don't know that. That would have been something that John Morris would have taken care of on site. So I don't know.
Q. Do you know whether having the -- well, do you know anything about on the attempts that were made when there was the fill tube along the jetty walkway how many valves, for lack of a better term, there were along the length of the jetty walkway where the tube was to be installed opposite of?
A. I don't know how many there were, no.
Q. Do you have any idea whether having the hose along the jetty walkway enabled Dredge American to fill the tube more quickly with material?
MR. WEBB:
Compared to what?
EXAMINATION BY MR. WILLIAMSON:
Q. Compared to the previous attempt such as the attempt made on November 9 when the record reflects or Mr. Morris's letter reflects that there were difficulties managing the floating line?

Page 22

A. I wouldn't say it made it fill any more quickly. It was just another attempt to try to eliminate every possibility that we could think of that might slow down the deployment and filling of the tube.
Q. In Exhibit 129 you see the entry for November 10 mentions that there was a safety and debriefing meeting held to discuss the problems encountered during the previous shift. Do you know whether the problems managing the floating line was one of the problems discussed during that meeting?
A. I don't know. I wasn't there, so I don't know what was discussed.
Q. After this attempt that was made to install the tube on November 9, what is the next time that you can remember an attempt being made to install the geotube?
A. I don't know. I can't recall right now. I can probably look through the notes here and come up with a date; but, as I sit here, I can't recollect the next time.
Q. If you could turn the page in Exhibit 129 and look at the entry for December 17 and read that for a moment, please?

Page 23

A. Okay.
Q. Were you present for this attempt to try and install the tubes?
A. No. Did you say try to install? It sounds like they did install a tube.
Q. Yes, they tried and they succeeded?
A. Okay. Thank you.
Q. Refresh my memory, when was the previous time or how many times did you go to the job site?
MR. WEBB:
During construction?
EXAMINATION BY MR. WILLIAMSON:
Q. During the entire phase of the project.
A. I believe just once that I can recall. And I couldn't tell you when that was. It was sometime before this.
Q. Having read the entry for December 17, what do you remember, since you weren't present, being told about this attempt to install the tube which was ultimately successful?
A. Nothing in particular other than getting a phone call, you know, probably the

Page 24

# EXHIBIT
# 37

# DAILY REPORT
## DREDGE AMERICA, INC.

Days on Job
Operating Days

Contract No. Dredge at Col. River for 24 hrs. starting 8 a.m. Sat July 29 2000

Captain | Leverman | Watch Engrs. | Fill Shift Bosses | Mechanic
Chief Engr. | Mates | Welders | Leverman
Fill Supt. | Deckhands | Boatmen | Cat. Operator | TOTAL CREW

Length of Pipe Line, Ft. | Stations to | Total Fuel Used, 24 Hrs.
Length Line, Land Floating | No. Ft. Moved Fwd. Av. Bank | Operating Hours
Height of Discharge, Ft. | Cut Width Depth | Yards Excavated
Runner: Dia., In. Pump, R.P.M. | Cubic Yds., Opr. Hr. | Total Yds. This Month
Pump: Pres., psi Vac., In. | | Total Yds. For Contract
Pipe Line Vel.

Leverman: Day Swing Graveyard
Character of Materials: Weather:

## DESCRIPTION OF DELAYS

| Stop | Start | Delay | |
|---|---|---|---|
| | 0400 | | Rhonda came over to my trailer and told me, John, Nolan, Scott that our dredge had capsized. Ronda pulled dredge to west bank and flipped the dredge upright with one of their tallchees John, Nolan, Scott went over tied off dredge |
| | 0530 | | Everyone left |
| | 1100 | | I went over and talked to Ronda they figured they could not move dredge to east side of the river with out it capsizing again because of a hole in the left pontoon that caused the pontoon to fill with water |
| | | | Called Weeks on Radio Carric said they could pick it with their Derrick barge and carry the dredge across. They brought the barge down and hooked to the mag I went over and tied the paddle wheels up. Weeks picked up the macy tode it across the river and set it on the east bank They welded hole in the pontoon |
| | | | Carric (weeks #2) Deck captain said that he talk to his boss and said that weeks would help us any way they could |
| | 1800 | | Checked over dredge sprayed down with corrosion |

279

DEPOSITION EXHIBIT 50
PENGAD 800-631-6989

# EXHIBIT
# 38

# DAILY REPORT
## DREDGE AMERICA, INC.

Days on Job
Operating Days 20

Contract No. Dredge at for 24 hrs. starting 8 a.m. Sun Aug 20 2000

| | | | | | |
|---|---|---|---|---|---|
| Captain | Leverman | Watch Engrs. | Fill Shift Bosses | | Mechanic |
| Chief Engr. | Mates | Welders | Levermen | | |
| Fill Supt. | Deckhands | Boatmen | Cat. Operator | | TOTAL CREW |

| | | |
|---|---|---|
| Length of Pipe Line, Ft. | Stations to | Total Fuel Used, 24 Hrs. |
| Length Line, Land Floating | No. Ft. Moved Fwd. Av. Bank | Operating Hours |
| Height of Discharge, Ft. | Cut. Width Depth | Yards Excavated |
| Runner: Dia., In. Pump, R.P.M. | Cubic Yds./Opr. Hr. | Total Yds. This Month |
| Pump: Pres., psi Vac., In. | | Total Yds. For Contract |
| Pipe Line Vel. | | |

Leverman: Day Swing Graveyard

Character of Materials: Weather:

### DESCRIPTION OF DELAYS

| Stop | Start | Delay | |
|---|---|---|---|
| | | | OFF |
| | | | Last Week |
| 2 hr | | | Changed cable paddle wheels |
| 2 days | | | Pumped and cleaned 4 pontoons, cleaned |
| | | | hatches Sealed hatches |
| | | | [illegible] hose & fixed |
| | | | Put new bolts in paddles wheels |
| | | | Changed motor on cutter head |
| | | | Reassemble cutter head |
| | | | Changed hyd. Filter |
| | | | Changed temp. & pressure gauges |
| | | | Cleaned & Organized yard |
| | | | took boat to shop. |
| | | | took off valve covers cleaned |
| | | | " " Injectors [illegible] |
| | | | flushed engine fresh water & oil |

DEPOSITION EXHIBIT 55
PENGAD 800-631-6989

Captain



WE 00160

# EXHIBIT
# 39

# DAILY REPORT
DREDGE AMERICA, INC.

Days on Job ______ Operating Days ______

Contract No ______ Dredge ______ at Shop 3 Motor 24 hrs. starting 8 a.m. Tues Sept 12 2000

Captain ______ Leverman ______ Watch Engrs. ______ Fill Shift Bosses ______ Mechanic ______
Chief Engr. ______ Mates ______ Welders ______ Leverman ______
Fill Supt. ______ Deckhands ______ Boatmen ______ Cat. Operator ______ TOTAL CREW ______

Length of Pipe Line, Ft. ______ Stations ______ to ______ Total Fuel Used, 24 Hrs. ______
Length Line, Land ______ Floating ______ No. Ft. Moved Fwd. ______ Av. Bank ______ Operating Hours ______
Height of Discharge, Ft. ______ Cut. Width ______ Depth ______ Yards Excavated ______
Runner Dia., In. ______ Pump, R.P.M. ______ Cubic Yds./Opr. Hr. ______ Total Yds. This Month ______
Pump Pres., psi ______ Vac., In. ______ Total Yds. For Contract ______
Pipe Line Vel. ______

Leverman: Day ______ Swing ______ Graveyard ______

Character of Materials: ______ Weather: ______

## DESCRIPTION OF DELAYS

| Stop | Start | Delay | |
|---|---|---|---|
| | 0800 | | Called Ben in Matagorda. He said it was raining again But he would start this afternoon. I strongly emphasised how important it is to get the tubes done quickly and that the ~~[illegible]~~ Cor Engineers would be on site. He said he understood. Talk to Ben again about 1000 he said he had started taking ropes. I had discussed with John the possibility of going down there to make sure it got done. Scaling the dredge. John came out at 11.30, told me he had got a call from the Corp and that they were on site and the tubes had not been touched and there was no crew. Me and John decided that I needed to get down to matagorda ASAP. |
| | 1200 | | Loaded trailer. |
| | 1400 | | Left Kansas City |
| | 1900 | | Arrived at Kansas-Oklahoma boarder. Decided to stay for night. Talked to Ben He said he had lied about having any done because he was in a bad frame of mind But would start working on things in the morning |
| 4 shop<br>5 Travel | | 9 hrs | |

Rob Captain



WE 00170

DEPOSITION EXHIBIT 60
PENGAD 800-631-6989

# EXHIBIT 40

DREDGE AMERICA

**Via Fax**

DEPOSITION EXHIBIT 71
PENGAD 800-631-6989

December 5, 2000

Mr. J.C. Carter, JR
Five Star Dredging
Kirbyville, TX

Dear J.C.

Thank you for taking the time to talk with me about our project at the mouth of the Colorado River in Matagorda Texas last week. I think that the addition of your crew and dredge will be a great asset to the completion of that project.

As we discussed, Dredge America would like to retain your company to provide a dredge, crew and pipeline. Project duration is unknown at this time, I would however, like to begin mobilizing pipe as soon as the afternoon of December the 5th. Our crew will immediately begin assembling the pipeline. As soon as the pipe is in place and our crew has assembled all of their requisite fittings, we will be ready for mobilization of the dredge and a test run of the system.

Per our conversation, Dredge America offers the following compensation:

| | | |
|---|---|---|
| Mobilization | Lump Sum | $3500.00 |
| Pipeline | $1.50/ft/month x 2000' | $3000.00 |
| Dredge | | $516.00/day |
| Lever man | One man @ $20.00/hr/70 hr/wk | $1400/wk |
| Labor | $20.00/hr/man on days of operation | |

This is a time and weather critical project and will require that all labor be on-site immediately when favorable weather presents itself. I assume that you will have a lever man on-site or in the vicinity at all times and that the rest of your crew can be there within five hours of notification.

Payment will be net 30 from the receipt of your invoice. Charges will be incurred beginning the first day that the piece of equipment/pipe is on-site. From our conversation today, this will be December 6th. The lump sum mobilization will be compensation for a complete assembly, ready for testing by the end of the week.

WE 00284

I will be the primary point of contact for this project and can be reached at one of the following numbers:

Office 816-330-3100
Fax 816-330-3103
Cell 713-805-6174/6179

David Siler can be reached at:

Cell 419-783-1378
Fax 979-863-7507

Irwin Kubeka can be reached at:

Home 979-244-3495

We appreciate your willingness to help us with this project and look forward to its successful completion. If the payment terms and conditions are acceptable, kindly sign and fax back.

Sincerely,

John L. Morris
Operations Manager

Accepted:

____________________
J.C. Carter JR

__________
Date