# In The United States Court of Federal Claims

No. 02-205C

(Filed: April 2, 2004)

---

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 26, 2003, plaintiff filed a motion for summary judgment in this case. On November 13, 2003, defendant filed a corrected cross-motion for summary judgment. On April 2, 2004, the court held oral argument on the parties' cross-motions. For the reasons described at oral argument, the parties' motions are hereby **DENIED**. On or before May 14, 2004, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge