# In The United States Court of Federal Claims

No. 02-205C

(Filed: May 19, 2004)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Tuesday, May 25, 2004, at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge