# In The United States Court of Federal Claims

No. 02-205C

(Filed: May 25, 2004)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 25, 2004, a status conference was held in this case, in which Danne W. Webb, for plaintiff, and John H. Williamson, for defendant, were participants. In accordance with the discussion held therein, the court adopts the following schedule for trial and pre-trial filings in this matter:

1. On or before September 17, 2004, the parties shall accomplish all matters relating to the exchanging of expert reports and deposing of expert witnesses, unless the parties agree to other arrangements. Any supplementation of expert reports shall occur no more than fourteen days after the deposition of the opposing expert whose testimony prompts the expert's rebuttal.

2. On or before September 17, 2004, the parties shall meet to exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13.

3. On or before October 15, 2004, plaintiff shall file the following:

   (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

(c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

4. On or before November 19, 2004, defendant shall file the following:

(a) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b).

(b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

(c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

5. On or before December 3, 2004, the parties shall file *in limine* motions addressing any legal issues either wishes to resolve before the commencement of trial.

6. On December 17, 2004, a pre-trial conference will be held telephonically in this case, at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

7. Trial in this case will commence on January 19, 2005, in Houston, Texas, location to be determined.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge