**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff Weeks Marine, Inc. provides the following list of witnesses to be called at trial for case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment. This list is filed in accordance with this Court's Scheduling Order dated May 25, 2004 and in accordance with the provisions of Appendix A, Paragraph 15.

This list is divided into those witnesses Plaintiff expects to present and those whom Plaintiff may call if the need arises. All of the witnesses Plaintiff expects to present have been deposed by the Government, and each witness is expected to testify consistently with his deposition testimony. The expected topics to be addressed are set forth for each witness, together with an estimate of the time needed for direct examination.

**A. Witnesses Plaintiff Expects to Present**

1. **Dan McDougal** - Mr. McDougal is the Owner of Dredge America, Inc. ("Dredge America"). Dredge America was the subcontractor to Plaintiff Weeks Marine that performed the geotextile tube installation that is the subject of this lawsuit. Mr. McDougal is expected to testify about the history and experience of Dredge America, his understanding of the project, the bid history, the project history and the claims process. His direct examination is expected to last approximately 5-6 hours.

2. **John Morris** - Mr. Morris was the project manager for the geotextile tube project. He will testify about the site inspection and pre-bid activities undertaken by Dredge America. He will also testify about the efforts to install the geotube and the conditions during the project. He will offer testimony about the elements of the claim that relate to direct costs with which he is

familiar from his experience on the project. His direct examination is expected to last approximately 3-4 hours.

3. **Steve Chatry** - Mr. Chatry is an upper level executive with Weeks Marine. He is expected to testify about the relationship between Weeks and Dredge America on this project, the conditions that Dredge America encountered at the site, Dredge America's allegations that a differing site condition was encountered, and the claims process. Mr. Chatry may also testify about Weeks' claim for markup on Dredge America's pass through claim. His direct examination is expected to last approximately 1-2 hours.

*4.* **Mike Peacock** - Mr. Peacock was the project manager for Weeks Marine for the dredging and the geotextile tube project. He is expected to testify about the installation of the geotube and discussions he had with project personnel about the site conditions. His direct examination is expected to last approximately 1 hour.

5. **Rick Smith** - Mr. Smith is a civil engineer for Weeks Marine. He is expected to testify about pre-bid communications with subcontractors and with the Corps of Engineers regarding the site inspection and site conditions. His direct examination is expected to last approximately 1 hour.

6. **Don Carelock** - Mr. Carelock was the administrative contracting officer for the Corps of Engineers for the project. He is expected to testify about his involvement in administering the project and reviewing the design documents. He will testify about his involvement in the creation of this project and the ongoing issues that were encountered during the project. His direct examination is expected to last approximately 3-4 hours.

7. **Hayman Dengler** - Mr. Dengler was in charge of quality assurance on behalf of the Corps for the project. He will testify about his background and knowledge of the weir in question and his knowledge and observations about the actual conditions of the jetty. He will also testify about his views and observations of Dredge America's attempts to install the geotube. His direct examination is expected to last approximately 4-5 hours.

8. **Mike deMasi** - Mr. deMasi will testify about his January site inspection that preceded the preparation of Sketch 1 and his involvement in the design process. His direct examination is expected to last approximately 1 hour.

9. **Dan Anderson** – Mr. Anderson was a Corps engineer and was responsible for the preparation of Sketch 1 and the specifications. Mr. Anderson will testify about his role in the design of the project and the documents and materials he did and did not review in creating Sketch 1 and the specifications. His direct examination is expected to last approximately 1 hour.

10. **Jose Moreno** – Mr. Moreno was employed at the Corps of Engineers at the time of the project. Mr. Moreno will testify about surveys that were taken by the Corps prior to the bid in this project. His direct examination is expected to last approximately 1 hour.

11. **Ronnie Barcak** – Mr. Barcak was employed by the Corps of Engineers at the time of this project. Mr. Barcak will testify about the experimental nature of this project and the results of the experiment. He may also testify about his involvement in discussions regarding the

success or failure of the attempts to install the tube. His direct examination is expected to last approximately 1 hour.

12. **Alfredo Requenez** - Mr. Requenez will testify about surveys that were taken prior to the bid in this project. His direct examination is expected to last approximately 1 hour.

13. **Paul Barber** (expert) - Mr. Barber will offer expert testimony on the issues of the reasonableness of the site inspections conducted by Dredge America and the accuracy of Sketch 1. His direct examination is expected to last approximately 1 hour.

**B. Witnesses Plaintiff May Call if the Need Arises.**

14. **Robert Angelsey** - Mr. Angelsey is a former employee of Dredge America, and his current whereabouts are unknown. If called to testify, Mr. Angelsey is expected to discuss his pre-bid site investigation.

15. **Chuck Broussard** - Mr. Broussard is a Weeks Marine employee. He is expected to testify about his investigation of the site on behalf of Weeks Marine and the preparation of the bid Weeks submitted to the Corps. Mr. Broussard may also testify about communications with prospective contractors.

16. **Waymond Boyd** - Mr. Boyd will testify about his estimate to perform the geotube installation portion of the project as a bidder/subcontractor to Weeks.

17. **Scott Glick** - Mr. Glick will testify about his estimate to perform the geotube installation portion of the project as a bidder/subcontractor to Weeks.

18. **J.C. Carter** - Mr. Carter will testify about his estimate to perform the geotube installation portion of the project as a bidder/subcontractor to Weeks.

19. Any witnesses designated or called by Defendant.

20. Any witnesses necessary for rebuttal.

Respectfully submitted,

MILLER LAW FIRM, P.C.

Date: October 14, 2004

*/s/Danne W. Webb*
Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Ph: (816) 531-0755
Fax: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of October, 2004 the above and foregoing was served by first class mail to:

John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

*/s/Danne W. Webb*
Attorneys for Plaintiff