**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

Plaintiff Weeks Marine, Inc. provides the following list of exhibits to be used at trial for case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment. This list is filed in accordance with this Court's Scheduling Order dated May 25, 2004 and in accordance with the provisions of Appendix A, Paragraph 16.

This list is divided into those witnesses Plaintiff expects to present and those whom Plaintiff may call if the need arises. For the convenience of the Court and the parties, counsel have agreed to use the "master list" of deposition exhibits as the template and numbering system for the trial exhibits. Hopefully, this will have the effect of minimizing confusion about exhibit numbers as witnesses are questioned, as the deposition numbers and the trial exhibit numbers will be the same. The parties have also agreed that Plaintiff will use the numerical range of 300-399 for any additional exhibits that were not used in deposition testimony, and that Defendant will have the range of 400-500 for the same purpose. Finally, although not called for, Plaintiff has included the name of the deponent with whom each exhibit was used. Plaintiff reserves the right to use any exhibit with any other witness as well.

| Ex. No. | Date | Description | Deponent | Plaintiff Expects to Offer | Plaintiff May Offer |
|---|---|---|---|---|---|
| 1 | | Final Decision of Contracting Officer | Carelock | | X |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 1/28/00 | Photographs taken 1/28/00 | Carelock | X | |
| 3 | 7/27/00 | Photographs taken 7/27/00 | Carelock | X | |
| 4 | 4/00-1/01 | Photographs taken between April 2000 and January 2001 | Carelock | X | |
| 5 | | Sketch 1 - Typical Geotextile Tube Section | Carelock | X | |
| 6 | | Documents produced by Weeks Marine as Amendment | Carelock | X | |
| 7 | 5/30/00 | E-mail from Mr. Dengler to Mr. Carelock and Mr. McKee, with attachment | Carelock | X | |
| 8 | 6/29/00 | E-mail from Mr. Dengler to Mr. Carelock dated 6/28/00; e-mail from Mr. Carelock to Mr. Dengler dated 6/29/00 | Carelock | | X |
| 9 | 7/3/02 | E-mail from Mr. Carelock to Mr. Rozsypal | Carelock | | X |
| 10 | 8/28/02 | E-mail from Mr. Dengler to Mr. Carelock, with attached meeting minutes | Carelock | | X |
| 11 | 1/19/01 | E-mail from Mr. Carelock | Carelock | X | |
| 12 | | Tiger Island Channel Typical Bank Protection Weir Section diagram | Anderson | X | |
| 13 | | Mouth of Colorado River, Texas Boring Layout diagram | Anderson | X | |
| 14 | 4/00-1/21/01 | Photographs taken between April 2000 and 1/21/01 | Anderson | X | |
| 15 | 1/19/01 | Photographs taken 1/19/01 | Anderson | X | |
| 16 | | E-mail from Mr. deMasi with attached photographs | deMasi | X | |
| 17 | | Photograph by jetty surface | deMasi | X | |
| 18 | | Project engineer's project notebook | deMasi | | X |
| 19 | | Original sheet drawing of jetty-weir | deMasi | | X |
| 20 | | Original sheet drawing of jetty-weir | deMasi | X | |
| 21 | | Sheet No. 1 Mouth of Colorado River and Impoundment Basin | deMasi | | X |
| 22 | | Sheet No. 1 Mouth of Colorado River and Impoundment Basin with charge | deMasi | | X |
| 23 | | Drawing to accompany Amendment No. 1 | deMasi | | X |
| 24 | | Diagram of cross-sections 34 plus 300 to 35 plus 330 | deMasi | | X |
| 25-26 | | Various project drawings | deMasi | | X |
| 27 | | Bid abstract | deMasi | X | |
| 28 | | Cross-section diagram | deMasi | | X |
| 29 | | Cross-section diagram | deMasi | | X |
| 30 | | Profile of jetty-weir | deMasi | X | |
| 31 | | Fax from Mr. deMasi to John Morris with attached Sheets 1 and 2 | deMasi | X | |
| 32 | | Photograph of surface of weir-jetty | deMasi | X | |
| 33 | | Handwritten notes of Mr. Moreno | Moreno | | X |

| | | | | | |
|---|---|---|---|---|---|
| 34 | | Survey data | Moreno | | X |
| 35 | | Survey data | Moreno | | X |
| 36 | | Time sheet | Moreno | | X |
| 37 | 1/24/00 | Amendment 1, transmitted from Weeks to Dredge on 1/24/00 | Morris | | X |
| 38 | 4/23/00 | Letter from John Morris to Weeks | Morris | X | |
| 39 | 5/12/00 | Fax from Morris to Peacock regarding breach in the jetty | Morris | X | |
| 40 | 5/11/00 | E-mail from Dengler to Carelock regarding missing coverstone | Morris | X | |
| 41 | 5/23/00 | Fax from Weeks to Dredge enclosing profile of the rock jetty | Morris | X | |
| 42 | 6/29/00 | E-mail from Carelock to various regarding filling the tube on June 30 | Morris | | X |
| 43 | 7/17/00 | E-mail from Dengler to Carelock regarding schedule to install the geotube | Morris | X | |
| 44 | 7/18/00 | E-mail string regarding failed attempt | Morris | | X |
| 45 | 7/25/00 | Meeting notes from preparatory meeting for the tube | Morris | X | |
| 46 | 7/26/00 | Dredge daily report | Morris | | X |
| 47 | 7/27/00 | Dredge daily report | Morris | | X |
| 48 | 8/4/00 | E-mail from Dengler to Carelock enclosing photos of the geotube installation | Morris | | X |
| 49 | 7/28/00 | Dredge daily report | Morris | | X |
| 50 | 7/29/00 | Dredge daily report | Morris | | X |
| 51 | 8/9/00 | Letter from Weeks to Corps | Morris | X | |
| 52 | 8/10/00 | Dredge's submission of plan for installing tube | Morris | | X |
| 53 | 8/28/00 | E-mail from Dengler to Carelock regarding revised meeting minutes | Morris | | X |
| 54 | 8/15/00 | Dredge daily report | Morris | | X |
| 55 | 8/20/00 | Dredge daily report | Morris | | X |
| 56 | Undated | Dredge Daily report | Morris | | X |
| 57 | 9/15/00 | Wilkins weather report for 9/15/00 | Morris | | X |
| 58 | 8/31/00 | E-mail string from Dengler to others regarding gulf conditions | Morris | | X |
| 59 | 9/11/00 | Dredge daily report | Morris | | X |
| 60 | 9/12/00 | Dredge daily report | Morris | | X |
| 61 | 9/11/00 | E-mail string from Carelock to Corps regarding progress | Morris | | X |
| 62 | 9/15/00 | Dredge daily report | Morris | | X |
| 63 | 9/18/00 | Dredge daily report | Morris | | X |
| 64 | Undated | Dredge daily report | Morris | | X |
| 65 | 9/26/00 | Dredge daily report | Morris | | X |
| 66 | 10/2/00 | Dredge daily report | Morris | | X |
| 67 | 10/10/00 | Dredge daily report | Morris | | X |

| | | | | | |
|---|---|---|---|---|---|
| 68 | 11/10/00 | Dredge daily report | Morris | | X |
| 69 | 11/9/00 | Dredge daily report | Morris | | X |
| 70 | 11/14/00 | Dredge daily report | Morris | | X |
| 71 | 12/5/00 | Letter from Dredge to Five Star Dredging | Morris | X | |
| 72 | 1/5/01 | Dredge daily report | Morris | | X |
| 73 | 1/6/01 | Dredge daily report | Morris | | X |
| 74 | 1/24/00 | Fax to J&S enclosing solicitation | Glick | | X |
| 75 | | Amendment to the Contract effective 1/19/00 | Glick | | X |
| 76 | | Handwritten notes relating to $250,000 bid | Glick | | X |
| 77 | | Bid from J&S to Weeks for $250,000 | Glick | | X |
| 78 | 5/__/83 | As-built drawings from the jetty **[need another copy of this exhibit]** | Dengler | X | |
| 79 | | Sheet 4.B, showing the as-built drawing for the jetty | Dengler | X | |
| 80 | | Plan drawing showing dimensions of the stones for the jetty | Dengler | X | |
| 81 | | Dengler's calculations of size of the stones | Dengler | | X |
| 82 | | As-built survey as performed by Dredge and Weeks | Dengler | X | |
| 83 | 6/29/00 | Photo | Dengler | X | |
| 84 | 7/7/00 | E-mail from Dengler regarding funding | Dengler | | X |
| 85 | 8/4/00 | E-mail with photos of the installation attempt | Dengler | X | |
| 86 | | Photos of the installation attempt | Dengler | X | |
| 87 | | Photo | Dengler | X | |
| 88 | | Photo | Dengler | X | |
| 89 | 9/29/00 | E-mail from Dengler to Carelock | Dengler | | X |
| 90 | 10/11/02 | E-mail from Dengler to Carelock | Dengler | | X |
| 91 | 10/13/00 | E-mail from Dengler to Carelock | Dengler | | X |
| 92 | 8/18/00 | E-mail from Dengler to Carelock | Dengler | X | |
| 93 | 10/23/00 | E-mail from Dengler to Carelock | Dengler | X | |
| 94 | 10/30/00 | E-mail from Carelock to others | Dengler | | X |
| 94A | 11/6/00 | E-mail from Dengler to Carelock | Dengler | | X |
| 95 | 12/11/00 | E-mail from Dengler to Carelock | Dengler | X | |
| 96 | 12/20/00 | E-mail from Dengler to others | Dengler | X | |
| 97 | 12/20/00 | E-mail from Barcak to Dengler | Dengler | | X |
| 98 | 1/8/01 | E-mail from Kraus to Carelock and others | Dengler | | X |
| 99 | 1/9/01 | E-mail from Carelock to others with photos | Dengler | X | |
| 100 | 1/10/01 | Photos of installation | Dengler | X | |
| 101 | | Photo of installation | Dengler | X | |
| 102 | 1/18/01 | E-mail from Carelock | Dengler | | X |
| 103 | 1/21/01 | E-mail and photos of installation | Dengler | X | |
| 104 | 1/22/01 | E-mail from Dengler with photos | Dengler | X | |
| 105 | 2/23/01 | E-mail from Dengler regarding claim | Dengler | X | |
| 106 | | NOT USED | | | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 107 | | NOT USED | | | N/A |
| 108 | | NOT USED | | | N/A |
| 109 | | NOT USED | | | N/A |
| 110 | | Panoramic photo of walkway and bay | Broussard | | X |
| 111 | | J&S Contractor's Bid for $250,000 | Broussard | | X |
| 112 | | Dredge Bid of $105,000 | Broussard | X | |
| 113 | | Midwest Bid of $95,000 | Broussard | X | |
| 114 | | 2000 Calendar [marked in Broussard's deposition and then withdrawn] | Broussard | | N/A |
| 115 | | 1999 Calendar [marked in Broussard's deposition and then withdrawn] | Broussard | | N/A |
| 116 | | Project synopsis (Weeks) | Broussard | | X |
| 117 | | **CONFIDENTIAL** Week's Bid Summary | Broussard | | X |
| 118 | | **CONFIDENTIAL** Week's Cost Summary | Broussard | | X |
| 119 | | **CONFIDENTIAL** Cost Summary information - details | Broussard | | X |
| 120 | 1/28/00 | E-mail from Anderson to Corps | Smith | X | |
| 121 | 4/23/00 | Letter from Dredge to Weeks with work plan | Peacock | | X |
| 122 | 4/10/00 | Letter from Durferne to McDougal with attachments forwarding the Subcontract | McDougal | | X |
| 123 | | Claim for Equitable Adjustment | McDougal | X | |
| 124 | | Bidding and Estimating Form | McDougal | | X |
| 125 | | Answers and Responses to Defendants First Set of Interrogatories and Request for Production of Documents | McDougal | | X |
| 126 | | Complaint | McDougal | | X |
| 127 | 7/10/00 | Letter from Chatry to McDougal | McDougal | | X |
| 128 | 7/13/00 | Letter from Morris to Peacock | McDougal | | X |
| 129 | 1/10/01 | Letter from Morris to Peacock | McDougal | | X |
| 130 | 2/3/99 | E-mail string from Rozsypal to Barcak and others | Barcak | X | |
| 131 | 1/11/00 | E-mail from Misir to Anderson regarding elevation for the top of the geotube | Barcak | X | |
| 132 | 1/11/00 | E-mail from Anderson to Misir | Barcak | X | |
| 133 | | Disc containing video | Barcak | | X |
| 134 | 1/7/00 | E-mail from Barcak to Kraus with attached photos | Barcak | X | |
| 135 | 1/28/00, 1/31/00 | E-mail string | Barcak | X | |
| 136 | 1/13/00 | E-mail from Kraus to Barcak | Barcak | X | |
| 137 | 1/13/00 | E-mail string | Barcak | | X |
| 138 | 1/14/00 | E-mail from Kraus to Barcak | Barcak | X | |
| 139 | 1/25/00 | E-mail from Kraus to Barcak | Barcak | X | |
| 140 | 7/24/00 | E-mail from Rozsypal to Barcak | Barcak | | X |
| 141 | 2/04/00 | E-mail from Barcak to Kraus | Barcak | X | |

| | | | | | |
|---|---|---|---|---|---|
| 142 | 3/6/00 | E-mail from Kraus to Barcak | Barcak | X | |
| 143 | 2/7/00 | E-mail from Barcak to Kraus | Barcak | X | |
| 144 | 2/10/00 | E-mail from Barcak to Kraus | Barcak | | X |
| 145 | | Article entitled "Alternatives for Reducing Shoaling at the Mouth of the Colorado River Navigation Channel, Texas" | Barcak | X | |
| 146 | | Estuarine and Coastal Modeling, "Proceedings of the Seventh International Conference" | Barcak | | X |
| 147 | 7/11/00 | E-mail string with attached Study of Functioning of the Weir Jetty and Deposition Basin, Mouth of the Colorado River, Texas Progress Report | Barcak | | X |
| 148 | 2/13/00 | E-mail from Kraus to Barcak with attached Memorandum for Record dated 2/1/00 | Barcak | | X |
| 149 | 5/19/03 | E-mail from Barcak to Carelock with attached photos | Barcak | | X |
| 150 | 7/12/00 | E-mail string | Barcak | | X |
| 151 | 7/11/00 | E-mail string | Barcak | | X |
| 152 | 7/24/00 | E-mail from Barcak to Rozylpal | Barcak | | X |
| 153 | 7/24/00 | E-mail string | Barcak | X | |
| 154 | 9/13/00, 9/14/00 | E-mail string | Barcak | | X |
| 155 | | Workup sheet of project milestones | Barcak | X | |
| 156 | 9/5/00 | E-mail string with attached Mouth of Colorado Summary of Current Activities | Barcak | | X |
| 157 | 10/19/00 | E-mail string | Barcak | | X |
| 158 | 11/14/00 | E-mail from Kraus to Barcak | Barcak | | X |
| 159 | 12/14/00, 1/4/01 | E-mail string | Barcak | | X |
| 160 | 3/28/01 | E-mail from Barcak to Carelock with attachments | Barcak | | X |
| 161 | 2/3/99, 3/28/01 | E-mail string | Barcak | X | |
| 162 | 7/14/01 | E-mail from Carelock to Curtis Cole and Daniel Keys | Barcak | | X |
| 163 | 12/10/01 | E-mail string | Barcak | | X |
| 164 | | Handwritten notes | Barcak | | X |
| 165 | 11/21/00 | E-mail string | Carelock | | X |
| 166 | 1/19/01, 1/24/01, 1/25/01 | E-mail string | Carelock | | X |
| 167 | 1/26/01, 2/23/01 | E-mail string | Carelock | | X |
| 168 | 1/4/00 | E-mail from deMasi to others in the Corps. | Carelock | | X |

| | | | | | |
|---|---|---|---|---|---|
| 169 | 4/25/00 | Letter from Weeks to the Corps | Peacock | X | |
| 170 | 4/17/00 | Letter from Carelock to Weeks enclosing copies of the preconstruction conference | Peacock | | X |
| 171 | 6/1/00 | Letter from John Morris to Mike Peacock regarding survey [exhibit 41] | Peacock | X | |
| 172 | | Weeks daily reports | Peacock | | X |
| 173 | | WITHDRAWN-SAME 128 | Peacock | | N/A |
| 174 | 7/10/00 | Letter from Chatry to Dredge | Chatry | | X |
| 175 | 3/29/01 | Letter from Weeks to Dredge | Chatry | X | |
| 176 | 3/29/01 | Letter from Dredge to Weeks requesting release of the retention | Chatry | X | |
| 177 | | Claims conference notes | Chatry | | X |
| 178 | | Claims conference notes | Chatry | | X |
| 179 | | Photo | Dengler | X | |
| 180 | | Photo | Dengler | X | |
| 181 | | Photo | Dengler | X | |
| 182 | | Photo | Dengler | X | |
| 183 | | Photo | Dengler | X | |
| 184 | | Photo | Dengler | X | |
| 185 | | Photo | Dengler | X | |
| 186 | | Photo | Dengler | X | |
| 187 | | Photo | Dengler | X | |
| 188 | | Photo | Dengler | X | |
| 189 | | Photo | Dengler | X | |
| 190 | | Series of Polaroid photos | Dengler | X | |
| 191 | | [not used] | | | N/A |
| 192 | | [not used] | | | N/A |
| 193 | | [not used] | | | N/A |
| 194 | | [not used] | | | N/A |
| 195 | | [not used] | | | N/A |
| 196 | | [not used] | | | N/A |
| 197 | | [not used] | | | N/A |
| 198 | | [not used] | | | N/A |
| 199 | | [not used] | | | N/A |
| 200 | | Audit-working file | Klaus | | X |
| 201 | | Audit-working file | Klaus | | X |
| 202 | | Audit-working file | Klaus | | X |
| 203 | | Audit-working file | Klaus | | X |
| 204 | | Summary of Claim | Klaus | | X |
| 205 | 8/22/02 | Inter-departmental Purchase Request | Klaus | | X |
| 206 | 3/3/03 | Inter-departmental Purchase Request | Klaus | | X |
| 207 | | Index of documents in Exhibit 200 | Klaus | | X |
| 208 | | Index of documents in Exhibits 201-204 | Klaus | | X |
| 209 | | Final Audit Report | Klaus | | X |
| 210 | 1/13/03 | Letter to Williamson from Bailey | Klaus | | X |
| 211 | | E-mail string | Klaus | | X |

| | | | | | |
|---|---|---|---|---|---|
| 212 | | [not used] | | | X |
| 213 | | [not used] | | | N/A |
| 214 | | [not used] | | | N/A |
| 215 | | Expert Report of Lee Harris, with attachments | Harris | | N/A |
| 216 | | Tide Charts for July 2004 | Harris | | N/A |
| 217 | | Paul Barber's Expert Report | Barber | X | |
| 218 | | Paul Barber's Resume | Barber | X | |
| 219 | | Paul Barber's Invoice | Barber | X | |
| 220 | | E-mail and attachment from Paul Barber to Danne Webb regarding ER 415-1-11 | Barber | X | |
| 221 | | Clean copy of ER 415-1-11 | Barber | X | |
| 222 | 8/10/04 | Letter from Webb to Barber | Barber | | X |
| 223 | | NOT USED | | | N/A |
| 224 | | Resume of Mark Boe | Boe | | X |
| 225 | | Contract for Expert Services | Boe | | X |
| 226 | 7/14/04 | E-mail string regarding expert bills | Boe | | X |
| 227 | | Mr. Boe's expert report (w/exhibits) | Boe | | X |
| 228 | | Mr. Boe's expert report (text only) | Boe | | X |
| 229 | 6/23/04 | E-mail from Harris to Boe | Boe | | X |
| 230 | | E-mail from Harris to Boe | Boe | | X |
| 231 | | E-mail string from Harris to Boe | Boe | | X |
| 232 | | Boe invoices for services | Boe | | X |
| 233 | | Boe invoices for services | Boe | | X |
| 234-299 | | NOT USED | N/A | | N/A |
| 300 | Various | Wilkins Weather Reports | N/A | X | |
| 301 | | Draft, marked-up Boe report | N/A | X | |

Respectfully submitted,

MILLER LAW FIRM, P.C.

Date: October 14, 2004

<u>*/s/Danne W. Webb*</u>

Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of October, 2004 the above and foregoing was mailed to:

John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

*/s/Danne W. Webb*
Attorneys for Plaintiff