# In The United States Court of Federal Claims

No. 02-205C

(Filed: November 10, 2004)

---

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic conference will be held in this case on Tuesday, November 16, 2004, at 9:30 a.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge