# In The United States Court of Federal Claims

No. 02-205C

(Filed: November 16, 2004)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 16, 2004, a status conference was held in this case, in which Danne W. Webb, for plaintiff, and John H. Williamson, for defendant, were participants. Based on the discussions held therein, the court adopts the following revised schedule for trial and pre-trial filings in this matter:

1. On or before November 29, 2004, defendant shall file the following:

   (a) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

2. On or before March 1, 2005, the parties shall file *in limine* motions addressing any legal issues either wishes to resolve before the commencement of trial.

3. On March 23, 2005, a pre-trial conference will be held telephonically in this case, at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

4. Trial in this case will commence on April 18, 2005, in Houston, Texas, location to be determined.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge