IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WEEKS MARINE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-205C<br>(Judge Allegra) |

**DEFENDANT'S LIST OF TRIAL WITNESSES**

Pursuant to the Court's November 16, 2004 Order and Appendix A, ¶ 15 of the Rules of the Court of Federal Claims, defendant provides the following list of witnesses who defendant expects to call or may call at trial for case-in-chief or rebuttal purposes. Defendant also reserves the right to call any witnesses listed on plaintiff's list of trial witnesses, and any witnesses necessary for rebuttal.

Defendant expects to call:

**1. D. Wade Anderson**

Mr. Anderson is an engineer formerly employed by the Galveston District of the Corps of Engineers. He is expected to testify about his involvement in the preparation of an amendment that added the installation of geotextile tubes to a January 2000 solicitation for dredging at the Mouth of the Colorado River ("the project"). Mr. Anderson's testimony is expected to include his discussion with Rick Smith of Weeks Marine about the concerns expressed to Mr. Smith by prospective subcontractors about the irregular nature of the surface

of the jetty where the geotextile tube was to be placed. His examination is expected to last approximately one-half hour.

**2. Mark Boe**

Mr. Boe has been retained by the Government to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; the assumptions and conclusions of plaintiff's witnesses about the measure of plaintiff's alleged damages and their causation; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, or raised during his deposition or in response to testimony provided by plaintiff's witnesses. His examination is expected to last approximately three hours.

**3. Mr. Waymon Boyd**

Mr. Boyd is the president of King Fisher Marine. He is expected to testify about his knowledge of the condition of the jetty where the geotextile tubes were to be placed, and his conversations with Rick Smith of Weeks Marine about whether King Fisher would act as a subcontractor to Weeks Marine to install the geotextile tubes. His testimony is expected to last approximately one-half hour.

**4. Chuck Broussard**

Mr. Broussard is an estimator employed by Weeks Marine. He is expected to testify about the site investigation he conducted for Weeks Marine and the preparation of the bid

that Weeks Marine submitted to the Corps on February 3, 2000, including his conversations with prospective subcontractors for the geotextile tubes project. His examination is expected to last approximately one hour.

**5. Don Carelock**

Mr. Carelock was the administrative contracting officer for the project. Mr. Carelock is expected to testify about his involvement in administering the project, including his participation in an August 14, 2000 meeting and other discussions and correspondence with representatives of Weeks Marine and Dredge America. His examination is expected to last approximately two hours.

**6. Steve Chatry**

Mr. Chatry is an assistant vice president of Weeks Marine. He is expected to testify about his discussions and correspondence with representatives of Dredge America and the Corps of Engineers about the lack of progress of the geotextile tubes portion of the project, and Dredge America's allegation that a differing site condition existed. His examination is expected to last approximately one hour.

**7. Michael deMasi**

Mr. deMasi was the project engineer in the Galveston District Corps of Engineers office from January until April 2000 for the design and construction phases of the project. He is expected to testify about the photographs, video, and observations he obtained during

his visit to the project site on January 5, 2000, and his discussions with other Corps of Engineers personnel about the project. His examination is expected to last approximately one hour.

**8. Hayman Dengler**

Mr. Dengler was the quality assurance representative for the Corps of Engineers for the project. He is expected to testify about the performance of his responsibilities for the project, including his observations of Dredge America's attempts to install the geotextile tubes and his communications with representatives of Dredge America, Weeks Marine, and the Corps of Engineers about Dredge America's preparations for and carrying out of its attempts to install the geotextile tubes. His examination is expected to last approximately two hours.

**9. Professor Lee E. Harris**

Dr. Harris has been retained by the Government to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; the assumptions and conclusions of plaintiff's witnesses concerning the adequacy of Weeks Marine and Dredge America's site investigation, the causes for the failed and successful attempts to install the geotextile tubes on the weir, and the reasonable interpretation of the contract documents; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, or raised during his deposition or in response to testimony provided by plaintiff's witnesses. His examination

is expected to last approximately four hours.

**10. Mike Hodgkinson**

Mr. Hodkinson is a surveyor for Ganem & Kelly. He is expected to testify about the surveys he conducted of the surface of the jetty and the installed geotextile tubes in or around December 2000 and January 2001. His examination is expected to last approximately one-half hour.

**11. Karen Klaus**

Ms. Klaus is an auditor in the Kansas City sub-office of the Defense Contract Audit Agency ("DCAA"). Ms. Klaus is expected to testify about the audit report that she prepared regarding Dredge America's claim for an equitable adjustment. Her examination is expected to last approximately two hours.

**12. Erwin Kubecka**

Mr. Kubecka was one of the Dredge America employees who participated in the attempts to install the geotextile tubes. He is expected to testify about his activities during the project, including his participation in the surveys performed by Ganem & Kelly in or around December 2000 and January 2001. His examination is expected to last approximately one-half hour.

**13. Dan McDougal**

Mr. McDougal is the president of Dredge America. Mr. McDougal is expected to testify about his involvement in preparing Dredge America's bid, overseeing the project to install the geotextile tube, and responding to the DCAA audit report on Dredge America. His examination is expected to last approximately three hours.

**14. John Morris**

Mr. Morris was the project manager for Dredge America for the geotextile project. He is expected to testify about the site investigation that he performed before Dredge America submitted its bid to Weeks Marine. He is also expected to testify about his supervision of Dredge America's preparations and attempts to install the geotextile tube, including his communications with other employees of Dredge America and representatives of Weeks Marine and the Corps of Engineers.
His examination is expected to last approximately four hours.

**15. Mike Peacock**

Mr. Peacock was the project manager for Weeks Marine for the dredging and geotextile tube portions of the project. He is expected to testify about his oversight of the project for Weeks Marine and his communications with representatives of Dredge America and the Corps of Engineers regarding the progress of the geotextile aspect of the project and Dredge America's allegation that a differing site condition existed. His examination is expected to last approximately two hours.

**16. Rick Smith**

Rick Smith is the chief civil engineer for Weeks Marine. He is expected to testify about the preparation of Weeks Marine's bid for this project, including his conversations with prospective subcontractors for the geotextile tube portion of the project and his conversation with Wade Anderson of the Corps about concerns expressed by the prospective subcontractors. His examination is expected to last approximately one hour.

**17. Eric Weitner**

Mr. Weitner is the auditor in the Northern New Jersey DCAA office who prepared an audit report regarding Weeks Marine's claim for an equitable adjustment. He is expected to testify about that report. His examination is expected to last approximately one hour.

Defendant may also call if the need arises:

**1. Scott Glick**

Mr. Glick is a contractor who was contacted by Weeks Marine about performing the subcontract to install the geotextile tube. He is expected to testify about his estimate to perform the contract and his communications with Weeks Marine.

**2. J.C. Carter**

Mr. Carter is a contractor whose company, Five Star Dredging, assisted Dredge America by providing a dredge after Dredge America's dredge capsized a second time. He is expected to testify about his participation in the successful installations of geotextile tubes in December 2000-January 2001.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

ALEX PETTY
Assistant District Counsel
U.S. Army Corps of Engineers
Galveston District
Jadwin Building
2000 Fort Point Road
Galveston, TX 77550

November 29, 2004

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 29th day of November, 2004, a copy of the foregoing "DEFENDANT'S LIST OF TRIAL WITNESSES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson