IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WEEKS MARINE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-205C<br>(Judge Allegra) |

**DEFENDANT'S TRIAL EXHIBIT LIST**

Pursuant to the Court's November 16, 2004 Order and Appendix A, ¶ 16 of the Rules of the Court of Federal Claims, defendant provides the attached list of exhibits to be used at trial for case-in-chief or rebuttal purposes, except for those to be used exclusively for purposes of impeachment. Defendant also reserves the right to use any of the exhibits listed on plaintiff's list of trial exhibits.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

OF COUNSEL:

ALEX PETTY
Assistant District Counsel
U.S. Army Corps of Engineers
Galveston District
Jadwin Building
2000 Fort Point Road
Galveston, TX 77550

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit, 8th floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

November 29, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 29th day of November, 2004, a copy of the foregoing "DEFENDANT'S TRIAL EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson