IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEEKS MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-205C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S TRIAL EXHIBIT LIST**

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 1 | 12/14/01 | Curtis Cole, Jr., Contracting Officer | Steven Chatry, Weeks Marine | | Final Decision of the Contracting Officer concerning Weeks Marine certified claim dated June 6, 2001. (Carelock 11/1/9/02 Deposition Exhibit 1) | | X |
| 2 | 1/28/00 | John Morris | | | Two color photos taken by John Morris on Dredge America's initial site visit on Friday, January 28, 2000. (Carelock 11/19/02 Deposition Exhibit 2) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 3 | 2/16/01 | | | | Two color photos from p. 4 of Dredge America's claim (Exhibit 123) dated July 27,2000 (Carelock 11/19/02 Deposition Exhibit 3) | | X |
| 4 | 2/16/01 | | | | Two color photos from p. 9 of Dredge America's claim (Exhibit 123) dated betwen April 2000 and January 21, 2001 (Carelock 11/19/02 Deposition Exhibit 4) | | X |
| 5 | undated | | | WE 00136 | Sketch 1, Typical Geotextile Tube Section, from Amendment No. 0001 (Carelock 11/19/02 Deposition Exhibit 5) | X | |
| 6 | 1/24/00 | Chuck Broussard of Weeks Marine | Dan McDougal | WE 00331 - WE 00345 | Fax Transmittal of Amendment No. 0001 to Dredge America (Carelock 11/19/02 Deposition Exhibit 6) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 7 | 5/30/00 | Hayman Dengler | Don Carelock, Dwight McKee | | Email regarding phone call between Hayman Dengler and John Morris regarding weir stones (Carelock 11/19/02 Deposition Exhibit 7) | | X |
| 9 | 7/3/00 | Donald Carelock | Johnny Rozsypal, Ronnie G. Barcak, Herbie A. Maurer, Charles M.Castelinne, Nicholas Kraus | | Email regarding rough seas preventing installation of geotubes (Carelock 11/19/02 Deposition Exhibit 9) | | X |
| 10 | 8/28/00 | Hayman Dengler | Don Carelock | | Email attaching Revised minutes of Dredge America meeting on August 14, 2000 at 11:00 a.m. (Carelock 11/19/02 Deposition Exhibit 10) | | X |
| 11 | 1/19/01 | Don Carelock | Nicholas C. Kraus, Ronnie G. Barcak, James T. Few, Herbie A. Maurer, Nicholas J. Buechler, Thomas Benero, Deidre Williams | | Email regarding loss of tube #2 (Carelock 11/19/02 Deposition Exhibit 11) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 14 | | | | | Two color photos from p. 7 of Dredge America's claim dated between April 2000 and January 21, 2001 (Anderson 11/19/02 Deposition Exhibit 14) | | X |
| 15 | 1/19/01 | | | | Two photos from p. 24 of Dredge America's claim dated between April 2000 and January 21, 2001 (Anderson 11/19/02 Deposition Exhibit 15) | X | |
| 16 | 1/6/00 | Michael J. deMasi | Donald W. Carelock, Warren H. Dengler, Ronald F. Meyers, Ronnie G. Barcak, Shakhar D. Misir, David B. Campbell | | Email attaching photos of the Mouth of the Colorado when the tide was ususally low (deMasi 11/20/02 Deposition Exhibit 16) | | X |
| 17 | 1/5/00 | | | | Photo of weir (deMasi 11/20/02 Deposition Exhibit 17) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 18 | 1/00 | | | | Project engineer's project notebook "Specifications for Dredging, January 2000" (deMasi 11/20/02 Deposition Exhibit 18) | X | |
| 19 | undated | | | | Cross-sections of jetty (deMasi 11/20/02 Deposition Exhibit 19) | | X |
| 20 | undated | | | | Profiles of jetty (deMasi 11/20/02 Deposition Ex. 20) | | X |
| 21 | 1/00 | | | | Drawing - Sheet No.1 - Dredging Mouth of the Colorado River and Impoundment Basin, Location Plan and Index to Drawings. (deMasi 11/20/02 Depo. Ex. 21) | | X |
| 22 | 1/00 | | | | Drawing - Sheet No.1 - Dredging Mouth of the Colorado River and Impoundment Basin, Location Plan and Index to Drawings with charge (deMasi 11/20/02 Depo. Ex. 22) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 23 | 1/00 | | | | Drawing - Dredging Mouth of the Colorado River and Impoundment Basin Plan (drawing to accompany Amendment No. 1). (Deposition of Michael J. deMasi, 11/20/02, Exhibit 23) | | X |
| 24 | 8/00 | | | | Drawing - Dredging Mouth of the Colorado River and Impoundment Basin - Cross Sections. (Deposition of Michael J. deMasi, 11/20/02, Exhibit 24) | | X |
| 25 | 1/00 | | | | Drawing - Dredging Mouth of the Colorado River and Impoundment Basin Plan (Deposition of Michael J. deMasi, 11/20/02, Exhibit 25) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 26 | 1/00 | | | | Drawing - Dredging Mouth of the Colorado River and Impoundment Basin Cross Sections (Deposition of Michael J. deMasi, 11/20/02, Exhibit 26) | | X |
| 27 | 2/10/00 | | | | Bid abstract. (Deposition of Michael J. deMasi, 11/20/02, Exhibit 27) | | X |
| 28 | 1/00 | | | | Proposed Geotube Location - Cross Section Diagram. (Depo. of Michael J. deMasi, 11/20/02, Ex. 28) | | X |
| 29 | 1/00 | | | | Proposed Geotube Location - Cross Section Diagram. (Depo. of Michael J. deMasi, 11/20/02, Ex.29) | | X |
| 30 | 1/00 | | | | Proposed Geotube Location - Profile of jetty-weir. (Depo. of Michael J. deMasi, 11/20/02, Ex.30) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 31 | 4/7/00 | Mike deMasi | John Morris | WE 00138 - WE 00140 | Facsimile Transmittal attaching copies of cross section diagram and profile of jetty-weir. (Deposition of Michael J. deMasi, 11/20/02, Exhibit 31) | X | |
| 32 | undated | | | | Color photo of surface of weir (Deposition of Michael J. deMasi, 11/20/02, Exhibit 32) | X | |
| 38 | 4/23/00 | John Morris, Dredge America | Richard Balantine, Weeks Marine | WE 3 0085 - WE 3 0087 | Letter regarding the purchase of a 500' geotextile tube by Dredge America for use at the Colorado River Jetty. (Depo. of John Morris, 2/10/03, Ex. 38) | X | |
| 39 | 5/12/00 | John Morris | Mike Peacock | WE 00137 - WE 00140 | Fax regarding alleged breach in jetty and transmitting Corps survey to John Morris (Deposition of John Morris, 2/10/03, Exhibit 39) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 40 | 5/11/00 | Hayman Dengler | Don Carelock | | Email regarding phone conversation between Hayman Dengler and Mike Peacock about alleged missing cover stone (Deposition of John Morris, 2/10/03, Exhibit 40) | X | |
| 41 | 5/23/00 | John Britton, Weeks Marine | John Morris, Dredge America | WE 00133 - WE 00134 | Fax regarding shots of weir taken by Weeks Marine (Depo. of John Morris, 2/10/03, Ex. 41) | | X |
| 42 | 6/29/00 | Don Carelock | Hayman Dengler, Simon R. DeSoto, Charles M. Castelline, Johnny Rozsypal, Ronny L. Beesely | | Email regarding installation of geotubes and 5 attached photos of equipment (Deposition of John Morris, 2/10/03, Exhibit 42) | | X |
| 43 | 7/17/00 | Hayman Dengler | Don Carelock | | Email regarding attempt to install geotube. (Deposition of John Morris, 2/10/03, Exhibit 43) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 44 | 7/18/00 | Don Carelock | Ronnie G. Barcak, Johnny Rozsypal, William J. Hopkins, Nicholas C. Kraus | | Email regarding attempt to install geotube (Deposition of John Morris, 2/10/03, Exhibit 44) | | X |
| 45 | 7/25/00 | | | | Notes from July 25, 2000 meeting regarding Dredge America's revised plan to install geotube (Deposition of John Morris, 2/10/03, Exhibit 45) | X | |
| 46 | 7/26/00 | | | WE 00142 | Daily Report for Dredge America for July 26, 2000. (Deposition of John Morris, 2/10/03, Exhibit 46) | | X |
| 47 | 7/27/00 | | | WE 00143 | Daily Report for Dredge America for July 27, 2000. (Deposition of John Morris, 2/10/03, Exhibit 47) | X | |
| 48 | 8/4/00 | Warren H. Dengler | Donald W. Carelock | | Email regarding photos of installing geotube with 3 photos attached. (Depo. of John Morris, 2/10/03, Ex. 48) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 49 | 7/28/00 | | | WE 00144 | Daily Report for Dredge America for July 28, 2000. (Deposition of John Morris, 2/10/03, Exhibit 49) | X | |
| 50 | 7/29/00 | | | WE 00146 | Daily Report for Dredge America for July 29, 2000. (Deposition of John Morris, 2/10/03, Exhibit 50) | | X |
| 51 | 8/9/00 | J. Stephen Chatry Weeks Marine | Donald Carelock Administrative Contracting Officer | | Letter forwarding a copy of a letter from Dredge America dated August 3, 2000, regarding recent efforts to install the geotubes. (Deposition of John Morris, 2/10/03, Exhibit 51) | X | |
| 52 | 8/10/00 | Weeks Marine | U.S. Army Corps of Engineers, Galveston District | | Transmittal of revised Dredge America plan for installing geotubes (Deposition of John Morris, 2/10/03, Exhibit 52) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 53 | 8/28/00 | Warren Dengler | Donald W. Carelock | | Email regarding Revised minutes of Dredge America meeting on August 14, 2000, attaching minutes. (Deposition of John Morris, 2/10/03, Exhibit 53) | | X |
| 54 | 8/15/00 8/16/00 | | | WE 00155 - WE 00156 | Daily Reports for Dredge America for August 15, 2000, and August 16, 2000. (Deposition of John Morris, 2/10/03, Exhibit 54) | | X |
| 55 | 8/20/00 | | | WE 00160 | Daily Report for Dredge America for August 20, 2000. (Depo. of John Morris, 2/10/03, Ex. 55) | | X |
| 56 | undated | | | WE 00166 | Daily Report for Dredge America, undated. (Deposition of John Morris, 2/10/03, Exhibit 56) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 57 | 9/15/00 | | | WE 00167 - WE 00168 | Wilkens Weather Technologies marine forecast for Colorado River Basin for September 15, 2000 (Deposition of John Morris, 2/10/03, Exhibit 57) | X | |
| 58 | 8/31/00 | Don Carelock | James T. Few, Warren H. Dengler | | Email regarding Mouth of Colorado, Geotextile Tube Installation on Weir Jetty. (Deposition of John Morris, 2/10/03, Exhibit 58) | | X |
| 59 | 9/11/00 | | | WE 00169 | Daily Report for Dredge America for September 11, 2000. (Depo. of John Morris, 2/10/03, Ex.59) | X | |
| 60 | 9/12/00 | | | WE 00170 | Daily Report for Dredge America for September 12, 2000. (Depo. of John Morris, 2/10/03, Ex. 60) | X | |
| 61 | 9/11/00 | Donald W. Carelock | Deidre Williams, Nicholas C. Kraus | | Email regarding Geotube at Mouth of Colorado schedule. (Depo. of John Morris, 2/10/03, Ex. 61) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 62 | 9/15/00 | | | WE 00173 | Daily Report for Dredge America for September 15, 2000. (Depo. of John Morris, 2/10/03, Ex. 62) | X | |
| 63 | 9/18/00 | | | WE 00183 | Daily Report for Dredge America for September 18, 2000. (Depo. of John Morris, 2/10/03, Ex. 63) | | X |
| 64 | undated | | | WE 00190 | Daily Report for Dredge America, undated. (Deposition of John Morris, 2/10/03, Exhibit 64) | | X |
| 65 | 9/26/00 | | | WE 00194 | Daily Report for Dredge America for September 26, 2000. (Depo. of John Morris, 2/10/03, Ex. 65) | X | |
| 66 | 10/2/00 | | | WE 00199 | Daily Report for Dredge America for October 2, 2000. (Deposition of John Morris, 2/10/03, Exhibit 66) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 67 | 10/16/00 | | | WE 00205 | Daily Report for Dredge America for October 16, 2000. (Depo. of John Morris, 2/10/03, Ex. 67) | | X |
| 68 | 11/10/00 | | | WE 00219 | Daily Report for Dredge America for November 10, 2000. (Depo. of John Morris, 2/10/03, Ex. 68) | | X |
| 69 | 11/9/00 | | | WE 00218 | Daily Report for Dredge America for November 9, 2000. (Depo. of John Morris, 2/10/03, Ex. 69) | X | |
| 70 | 11/14/00 | | | WE 00222 | Daily Report for Dredge America for November 14, 2000. (Depo.of John Morris, 2/10/03, Ex. 70) | | X |
| 71 | 12/5/00 | John L. Morris, Dredge America | J.C. Carter, Jr. Five Star Dredging | WE 00284 - WE 00285 | Letter regarding retaining Five Star Dredging to provide a dredge, crew and pipeline. (Deposition of John Morris, 2/10/03, Exhibit 71) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 72 | 1/5/01 | | | WE 00230 | Second page of daily Report for Dredge America, for Friday, January 5th. (Deposition of John Morris, 2/10/03, Exhibit 72) (see Exhibit 431, below, for first page) | X | |
| 73 | 1/6/01 | | | WE 00231 | Daily Report for Dredge America, for Saturday, January 6th. (Depo. of John Morris, 2/10/03, Ex. 73) | X | |
| 74 | 1/24/00 | Joe Bertling | Charlotte | | Fax from Joe Bertling to Charlotte attaching Solicitation No. DACW64-00-B-0008. (Deposition of F. Scott Glick, 2/11/03, Exhibit 74) | | X |
| 75 | 1/19/00 | | | | Amendment 0001 to Solicitation No. DACW64-00-B-0008. (Depo. of F. Scott Glick, 2/11/03, Ex. 75) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 76 | undated | | | | Recreation of J&S Contractors estimate for project (Deposition of F. Scott Glick, 2/11/03, Exhibit 76) | | X |
| 77 | 2/2/00 | Scott Glick J & S Contractors, Inc. | Rick Smith Weeks Marine | WE 00122 | Fax regarding installing 500' of geotube at Matagorda jetty. (Depo. of F. Scott Glick, 2/11/03, Ex. 77) | | X |
| 78 | 5/83 | | | | As-Built Drawings of Mouth of Colorado River - Construction of Jetties. (Deposition of Hayman Dengler, Vol. 2, 2/12/03, Exhibit 78) | | X |
| 79 | 12/30/87 | | | | As-Built Drawings - As-Built Profiles of the Mouth of Colorado River - Construction of Jetties. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 79) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 80 | 5/23/83 | | | | As-Built Drawing - Mouth of Colorado River - Construction of Jetties - Site Plan and Typical Sections. (Deposition of Hayman Dengler, Vol. 2, 2/12/03, Exhibit. 80) | | X |
| 82 | 1/22/01 | | | | Profiles and Cross Sections- East Jetty, Colorado River, prepared by Ganem & Kelly Surverying, Inc. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 82) | X | |
| 83 | | | | | June 29, 2000 photo of jetty (Deposition of Hayman Dengler, Vol. 2, 2/12/03, Exhibit 83) | | X |
| 85 | 8/4/00 | Donald W. Carelock | Ronnie Barcak, Nicholas C. Kraus, Deidre Williams | | Email regarding July 27, 2000 attempt to install geotube with two color photos attached (Deposition of Hayman Dengler, Vol. 2, 2/12/03, Exhibit 85) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 86 | 8/4/00 | | | | Seven color photos attached to Exhibit 85 (Deposition of Hayman Dengler, Vol. 2, 2/12/03, Exhibit 86) | X | |
| 87 | 8/4/00 | | | | One color photo attached to Exhibit 85 (Deposition of Hayman Dengler, Vol. 2, 2/12/03, Exhibit 87) | X | |
| 88 | 8/4/00 | | | | Six color photos attached to Exhibit 85 (Deposition of Hayman Dengler, Vol. 2, 2/12/03, Exhibit 88) | X | |
| 89 | 9/29/00 | Hayman Dengler | Don Carelock | | Email regarding repairing geotubes damaged by vandals (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex.89) | | X |
| 90 | 10/11/00 | Hayman Dengler | Don Carelock | | Email regarding Robert Anglesey quitting (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex.90) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 91 | 10/13/00 | Hayman Dengler | Don Carelock | | Email regarding Geotube update. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex.91) | | X |
| 92 | 10/18/00 | Hayman Dengler | Dwight McKee | | Email regarding Geotubes, Mouth of Colorado River. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 92) | | X |
| 93 | 10/23/00 | Hayman Dengler | Don Carelock | | Email regarding Geotube update as of Oct. 23, 2000. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 93) | | X |
| 94 | 10/30/00 | Don Carelock | Nicholas C. Kraus, Ronie G. Barcak, James T. Few, Herbie A. Maurer, Nicholas J. Buechler, Thomas Benero, Deidre Williams | | Email regarding Geotube update as of 27 Oct. 00. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex.94) | | X |
| 94-A | 11/6/00 | Warren H. Dengler | Donald W. Carelock | | Email regarding Geotube update. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 94-A) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 95 | 12/11/00 | Warren H. Dengler | Donald W. Carelock | | Email regarding Geotube update. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex.95) | | X |
| 96 | 12/20/00 | Warren H. Dengler | Donald W. Carelock, Nicholas C. Kraus, Ronnie G. Barcak, James T. Few, Herbie A. Maurer, Nicholas J. Buechler, Thomas Benero, Deidre Williams | | Email regarding installation of tube #1 (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex.96) | X | |
| 97 | 12/20/00 | Ronnie G. Barcak | Warren H. Dengler | | Email regarding Geotbue update (150' in place). (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex.97) | | X |
| 98 | 1/8/01 | Nicholas C. Kraus | Donald W. Carelock, Ronnie G. Barcak, James T. Few, Herbie A. Maurer, Nicholas J. Buechler, Thomas Benero, Deidre Williams | | Email regarding Geotube Update - Mouth of the Colorado River. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 98) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 99 | 1/9/01 | Donald W. Carelock | Nicholas C. Kraus, Ronnie G. Barcak, James T. Few, Herbie A. Maurer, Nicholas J. Buechler, Thomas Benero, Deidre Williams | | Email regarding 9 photos taken of tubes ##1 and 2 (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 99) | | X |
| 100 | 1/10/01 | Simon R. DeSoto | Donald W. Carelock, Warren H. Dengler | | Email regarding photos of tubes ## 1 and 2, attaching 2 photos. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 100) | | X |
| 101 | 1/10/01 | | | | Photo of tube #2 (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 101) | | X |
| 102 | 1/18/01 | Donald W. Carelock | Herbie A. Mauer | | Email regarding Geotube Update - Mouth of the Colorado River. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 102) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 103 | 1/21/01 | Donald W. Carelock | Nicholas C. Kraus, Ronnie G. Barcak, James T. Few, Herbie A. Maurer, Nicholas J. Buechler, Thomas Benero, Deidre Williams | | Email regarding Geotube #3 in place 20 Jan. 01 PM, attaching 12 photos. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 103) | X | |
| 104 | 1/22/01 | Warren H. Dengler | Donald W. Carelock | | Email regarding Geotube #3 in place 20 Jan.01 PM, attaching 2 photos. (Depo. of Hayman Dengler, Vol. 2, 2/12/03, Ex. 104) | | X |
| 110 | undated | | | | Photo panorama of beach and jetty (Depo. of Charles R. Broussard, 2/25/03, Ex. 110) | | X |
| 111 | 2/2/00 | Scott Glick J & S Contractors, Inc. | Rick Smith Weeks Marine, Inc. | WE 00122 | $250,000 bid by J&S Contractors for installation of geotube (Depo. of Charles R. Broussard, 2/25/03, Ex. 111) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 112 | 2/2/00 | Daniel S. McDougal Dredge America | Rick Smith Weeks Marine, Inc. | WE 00119 | $105,000 bid by Dredge America for installation of geotube (Depo. of Charles R. Broussard, 2/25/03, Ex. 112) | X | |
| 113 | 2/1/00 | Laura Wells Midwest Dredge & Excavating, Inc. | Chuck Broussard Weeks Marine, Inc. | WE 00121 | $95,000 bid by Midwest Dredge for geotube installation (Depo. of Charles R. Broussard, 2/25/03, Ex. 113) | | X |
| 116 | undated | Chuck Broussard, Weeks Marine | | | Project Synopsis for the Colorado River Mouth. (Depo. of Charles R. Broussard, 2/25/03, Ex. 116) | X | |
| 117 | undated | | | | Bid Summary for Weeks Marine, Inc. - Dredging Division (Hydraulic). (Depo. of Charles R. Broussard, 2/25/03, Ex. 117) | | X |
| 118 | undated | | | | Cost Summary for Weeks Marine, Inc. - Dredging Division (Hydraulic). (Depo. of Charles R. Broussard, 2/25/03, Ex. 118) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 119 | 3/3/00 | | | | Cost Summary Information - Details for Weeks Marine, Inc. - Dredging Division (Hydraulic). (Depo. of Charles R. Broussard, 2/25/03, Ex. 119) | | X |
| 120 | 1/28/00 | Daniel Anderson | Shakhar D. Misir, Ronnie G. Barcak, Michael J. deMasi | | Email regarding the proposed geotextile on top of the weir at the MOC. (Depo. of Rick Smith, 2/26/03, Ex. 120) | X | |
| 121 | 4/23/00 | John Morris, Dredge America | Richard Balantine, Weeks Marine | WE 00273 - WE 00276 | Letter regarding the purchase of a 500' geotextile tube for use at the Colorado River Jetty. (Depo. of Mike Peacock, 2/26/03, Ex. 121) | | X |
| 122 | 4/10/00 | Belinda B. Dufrene, Weeks Marine, Inc. | Daniel S. McDougal, Dredge America | WE 00072 - WE 00086 | Letter enclosing an executed original of the Subcontract Agreement for Mouth of Colorado River, Dredging Navigation Channel & Impoundment Basin. (Depo. of Daniel S. McDougal, 5/15/03, Ex. 122) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 123 | 2/16/01 | | | | Geotextile Tube Claim, Request for Equitable Adjustment and Time Extension by Dredge America, Inc. (Depo. of Daniel S. McDougal, 5/15/03, Ex. 123) | X | |
| 124 | 4/28/00 | | | | Bidding & Estimating Form, Dredge America. (Depo. of Daniel S. McDougal, 5/15/03, Ex. 124) | X | |
| 125 | 11/25/02 | | | | Answers and Responses to Defendant's First Set of Interrogatories and Request for Production of Documents. (Depo. of Daniel S. McDougal, 5/15/03, Ex.125) | | X |
| 126 | 3/15/02 | | | | Plaintiff's complaint (Depo. of Daniel S. McDougal, 5/15/03, Ex.126) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 127 | 7/10/00 | J. Stephen Chatry, Weeks Marine, Inc. | Daniel S. McDougal, Dredge America | WE 00068 - WE 00069 | Letter regarding ongoing concern regarding the performance of Dredge America under the subcontract. (Depo. of Daniel S. McDougal, 5/15/03, Ex. 127) | X | |
| 128 | 10/13/00 | John L. Morris, Dredge America | Mike Peacock, Weeks Marine, Inc. | WE 00287 - WE 00289 | Letter up-dating Weeks Marine on the activities that have transpired under the contract. (Depo. of Daniel S. McDougal, 5/15/03, Ex. 128) | X | |
| 129 | 1/10/01 | John L. Morris, Dredge America | Mike Peacock, Weeks Marine, Inc. | WE 00278 - WE 00282 | Letter up-dating Weeks Marine on the activities that have transpired under the contract from October 18, 2000 through January 7, 2001. (Depo. of Daniel S. McDougal, 5/15/03, Ex. 129) | X | |
| 132 | 1/11/00 | Daniel Anderson | Shakhar D. Misir | USACE 0829 | Email regarding geotube at MOC. (Depo. of Ronnie Barcak, Vol. 1, 5/19/03, Ex. 132) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 145 | | Nicholas C. Kraus, Lihwa Lin, Ronnie G. Barcak | | USACE 0054 - USACE 0064 | Alternatives for Reducing Shoaling at the Mouth of the Colorado River Navigation Channel, Texas. (Depo. of Ronnie Barcak, Vol. 2, 5/20/03, Ex. 145) | | X |
| 147 | 5/20/03 | Ronnie G. Barcak | Donald W. Carelock | | Email regarding Progress Report, Mouth of Colorado River. (Depo. of Ronnie Barcak, Vol. 2, 5/20/03, Ex. 147) | | X |
| 165 | 11/21/00 | Diedre Williams | Donald W. Carelock | USACE 865 USACE 866 | Email regarding Geotube Update. (Depo. of Donald William Carelock, Vol. 2, 5/20/03, Ex. 165) | | X |
| 166 | 1/25/01 | Donald W. Carelock | Thomas Benero | USACE 886 | Email regarding Geotube Update - Good News and Not So Good News. (Depo. of Donald William Carelock, Vol. 2, 5/20/03, Ex. 166) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 167 | 2/23/01 | Donald W. Carelock | Dewey H. Brunt | USACE 888 | Email regarding Geotube Subcontractor for MOC Contract DACW64-00-C-0006. (Depo. of Donald William Carelock, Vol. 2, 5/20/03, Ex. 167) | | X |
| 168 | 1/4/00 | Michael H. deMasi | Enrique Villagomez, Shakhar D. Misir | USACE 0049 | Email regarding Mouth of Colorado - operations requested adding a geotube to overflow weir jetty. (Depo. of Donald William Carelock, Vol. 2, 5/20/03, Ex. 168) | | X |
| 169 | 4/25/00 | Belinda B. Dufrene, Weeks Marine | Don W. Carelock | | Letter enclosing an executed copy of the Preconstruction Conference minutes. (Depo. Ex. 169) | | X |
| 171 | 6/1/00 | John Morris, Dredge America | Mike Peacock | WE 00264 - WE 00265 | Letter regarding Weeks Marine performing a survey of the jetty at the Mouth of the Colorado River to identify if a change in site condition had occurred. (Depo. Ex. 171) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 172 | 7/26/00 - 7/29/00 | | | WE 3 0039 - WE 30042 | Daily Reports signed by Robert Savoy, Contractor's Approved Authorized Representative. (Depo. Ex. 172) | | X |
| 173 | 2/15/01 | Mike Peacock | Guy Guidry | WE 00310 - WE 00311 | Dredge America - Payment for Colorado River - Job #12000124. (Depo. Ex. 173) | | X |
| 174 | 7/10/00 | J. Stephen Chatry, Weeks Marine, Inc. | Daniel S. McDougal, Dredge America | WE 00068 - WE 00069 | Letter reiterating Weeks Marine's concern regarding Dredge America's performance under the subcontract. (Depo. Ex. 174) | | X |
| 175 | 3/29/01 | J. Stephen Chatry Weeks Marine, Inc. | Daniel McDougal, Dredge America | WE 00044 - WE 00046 | Letter regarding Dredge Americas's letter dated March 29, 2001, concerning liquidated damages. (Depo. Ex. 175) | | X |
| 176 | 3/29/01 | Dan McDougal, Dredge America | Steve Chatry, Weeks Marine | WE 00047 - WE 00050 | Fax transmitting letter from Dredge America dated March 29, 2001, requesting a release of the retainage currently being held. (Depo. Ex. 176) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 178 | 8/6/01 | | | | Meeting minutes for Colorado River Claim Conference - Dredge America (Geotubes ) on August 6, 2001. (Depo. Ex. 178) | | X |
| 182 | undated | | | | Photo of weir. (Depo. Ex. 182) | | X |
| 183 | undated | | | | Photo of weir. (Depo. Ex. 183) | | X |
| 184 | 12/2789 | | | | Photo of weir. (Depo. Ex. 184) | | X |
| 185 | undated | | | | Photo of weir. (Depo. Ex. 185) | | X |
| 187 | undated | | | | Photo of beach and weir (Depo. Ex. 187) | | X |
| 200 | 5/14/03 | DCAA Kansas City suboffice | | | DCAA Audit Report No. 3201-2002FI7200005 - working papers from audit of Dredge America (folder 1 of 4) | | X |
| 201 | 5/14/03 | DCAA Kansas City suboffice | | | DCAA Audit Report No. 3201-2002FI7200005 - working papers from audit of Dredge America (folder 2 of 4) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 202 | 5/14/03 | DCAA Kansas City suboffice | | | DCAA Audit Report No. 3201-2002FI7200005 - working papers from audit of Dredge America (folder 3 of 4) | | X |
| 203 | 5/14/03 | DCAA Kansas City suboffice | | | DCAA Audit Report No. 3201-2002FI7200005 - working papers from audit of Dredge America (folder 4 of 4) | | X |
| 209 | 5/14/03 | DCAA Kansas City suboffice | | | DCAA Audit Report No. 3201-2002FI7200005 - Final Report on Audit of Subcontractor's Price Adjustment Claim | X | |
| 215 | 9/8/04 | Dr. Lee Harris | | | Expert Report of Lee E. Harris, Ph.D, P.E., Department of Marine & Environmental Systems, Florida Institute of Technology. | X | |
| 216 | July 2004 | | | | Gulf Coast Connections Texas Saltwater Fishing (July 2004, Vol.14, No. 5) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 217 | 9/8/04 | Paul Barber | | | Expert Report of Paul Barber | X | |
| 218 | undated | Paul Barber | | | Resume of Paul Barber | X | |
| 219 | 9/10/04 | Paul Barber | | | Invoice for expert services | | X |
| 222 | 8/10/04 | Danne Webb | Paul Barber | | Retainer letter | | X |
| 223 | undated | Paul Barber | | | Draft expert report | X | |
| 227 | 9/8/04 | Mark Boe | | | Expert report of Mark Boe | X | |
| 400 | 9/8/04 | Mark Boe | | | Exhibit 6 to Expert Report of Mark Boe (Installation of Geotextile Tube Timeline) | X | |
| 401 | 9/8/04 | Mark Boe | | | Exhibit 18 to Expert Report of Mark Boe (Estimate of Range of Claim Scenario 2) | X | |
| 402 | 9/8/04 | Lee Harris | | | Table 2 to Expert Report of Lee E. Harris (Times and Levels of Predicted Low Tides During Daylight Hours From 1/19/00 to 2/3/00) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 403 | 9/8/04 | Lee Harris | | | Figure 1 to Expert Report of Lee E. Harris (Project Site and Wind and Wave Directions) | X | |
| 404 | 9/8/04 | Lee Harris | | | Figure 2 to Expert Report of Lee E. Harris (Tide Conditions During deMasi Videos and Photos 1/5/00) | X | |
| 405 | 9/8/04 | Lee Harris | | | Figure 3 to Expert Report of Lee E. Harris (Local Wind Conditions During deMasi Video and Photos 1/5/00) | X | |
| 406 | 9/8/04 | Lee Harris | | | Figure 4 to Expert Report of Lee E. Harris (Tide Conditions During John Morris Site Visit #1 on 1/28/2000 at 6pm) | X | |
| 407 | 9/8/04 | Lee Harris | | | Figure 5 to Expert Report of Lee E.Harris (Tide Conditions During John Morris Site Visit #2 on 1/29/00 at 8am) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 408 | 9/8/04 | Lee Harris | | | Figure 6 to Expert Report of Lee E. Harris (Local Wind Conditions during John Morris Site Visits Jan. 28-29, 2000). | X | |
| 409 | 9/8/04 | Lee Harris | | | Figure 7 to Expert Report of Lee E. Harris (Tide Data 6/23/04 – Dr. Harris Site Visit #1) | X | |
| 410 | 9/8/04 | Lee Harris | | | Figure 8 to Expert Report of Lee E. Harris (Tide Data 7/12/04 – Dr. Harris Site Visit #2) | X | |
| 411 | 9/8/04 | Lee Harris | | | Figure 9 to Expert Report of Lee E. Harris (Local Wind Data 6/23/04 – Dr. Harris Site Visit #1) | X | |
| 412 | 9/8/04 | Lee Harris | | | Figure 10 to Expert Report of Lee E. Harris (TCOON057 Local Wind Data for 7/12/04 – Dr. Harris Site Visit #2) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 413 | 9/8/04 | Lee Harris | | | Figure 11 to Expert Report of Lee E. Harris (TCOON060 Local Wind Data for 7/12/04 – Dr. Harris Site Visit #2) | X | |
| 414 | 9/8/04 | Lee Harris | | | Figure 12 to Expert Report of Lee E. Harris (Tide Data For First Installation Attempt 6/29/00) | X | |
| 415 | 9/8/04 | Lee Harris | | | Figure 13 to Expert Report of Lee E. Harris (Local Wind Data For First Installation Attempt 6/29/00) | X | |
| 416 | 9/8/04 | Lee Harris | | | Figure 14 to Expert Report of Lee E. Harris (Local Wind Data For Second Installation Attempt 7/27/00) | X | |
| 417 | 9/8/04 | Lee Harris | | | Figure 15 to Expert Report of Lee E. Harris (Tide Data For Second Installation Attempt 7/27/00) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 418 | 9/8/04 | Lee Harris | | | Figure 16 to Expert Report of Lee E. Harris (Local Wind Data For Third Installation Attempt 11/9/00) | X | |
| 419 | 9/8/04 | Lee Harris | | | Figure 17 to Expert Report of Lee E. Harris (Tide Data For Third Installation Attempt 11/9/00) | X | |
| 420 | 9/8/04 | Lee Harris | | | Figure 18 to Expert Report of Lee E. Harris (Local Wind Data For Successful Installations 12/17/00 to 1/20/01) | X | |
| 421 | 9/8/04 | Lee Harris | | | Figure 19 to Expert Report of Lee E. Harris (Tide Data For Successful Installation On 12/17/00) | X | |
| 422 | 9/8/04 | Lee Harris | | | Figure 20 to Expert Report of Lee E. Harris (Tide Data For Successful Installation on 1/5/01) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 423 | 9/8/04 | Lee Harris | | | Figure 21 to Expert Report of Lee E. Harris (Tide Data For Successful Installation On 1/20/01) | X | |
| 424 | 9/8/04 | Lee Harris | | | Figure 22 to Expert Report of Lee E. Harris (Tide Data For Survey Work Performed 1/21/01) | X | |
| 425 | 9/8/04 | Lee Harris | | | Figure 23 to Expert Report of Lee E. Harris (Tide Data For Survey Work Performed 1/24/01) | X | |
| 407 | 9/8/04 | Lee Harris | | | Appendix 8 to Expert Report of Lee E. Harris (July 12, 2004 Site Visit Photographs). | X | |
| 409 | 9/8/04 | Lee Harris | | | Appendix 10 to Expert Report of Lee E. Harris (Dr. Lee E. Harris, P.E. Qualifications). | X | |
| 426 | undated | Lee Harris | | | Galveston Pleasure Pier Tide Data for 12/19/00 | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 427 | 5/27/03 | DCAA Northern New Jersey branch office | | | DCAA Audit Report No. 6201-2002FI7200003. Final Report on Audit of Weeks Marine, Inc. Colorado River Maintenance Dredging Price Adjustment Claim. | X | |
| 428 | 5/27/03 | DCAA Northern New Jersey branch office | | | DCAA Audit Report No. 6201-2002FI7200003. Working papers from report on Audit of Weeks Marine, Inc. Colorado River Maintenance Dredging Price Adjustment Claim. | | X |
| 429 | 12/12/03 | | | | Plaintiff's Responses to Defendant's Corrected Proposed Findings of Uncontroverted Facts. | | X |
| 430 | 7/25/00 | John Morris | | WE 296-297 | Better copy of Exhibit 45 (last line not cut off) | X | |
| 431 | 1/5/01 | | | WE 00229 | First page of Dredge America Daily Log for January 5, 2001 | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 432 | 6/25/03 | Don Carelock | | | Photograph MVC-0034X.MPG from 11/4/03 Declaration of Hayman Dengler | X | |
| 433 | 6/25/03 | Don Carelock | | | Photograph MVC-0036X.MPG from 11/4/03 Declaration of Hayman Dengler | X | |
| 434 | 6/25/03 | Don Carelock | | | Photograph MVC-0027X.MPG from 11/4/03 Declaration of Hayman Dengler | X | |
| 435 | 6/25/03 | Don Carelock | | | Photograph MVC-0033X.MPG from 11/4/03 Declaration of Hayman Dengler | X | |
| 436 | 6/25/03 | Hayman Dengler | | | Photograph MVC-0026X.MPG from 11/4/03 Declaration of Hayman Dengler | X | |
| 437 | 7/12/04 | | | | Receipt from Culver's Market in Matagorda for purchase of July 2004 "Gulf Coast Connections Texas Saltwater Fishing" (Exhibit 216) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 438 | | Corps of Engineers | | | Contract Documents Disclosures Volume 1 (Contract + Modifications) | | X |
| 439 | | Corps of Engineers | | | Contract Documents Disclosures Volume 2 (Claims Analysis) | | X |
| 440 | | Corps of Engineers | | | Contract Documents Disclosures Volume 3 (Construction File Documents) | | X |
| 441 | 6/6/01 | Weeks Marine | | | Costs and pricing data supporting 2/16/01 Dredge America claim | | X |
| 442 | various | Hayman Dengler | | USACE 1000-1010 | Adverse Weather Delay forms | | X |
| 443 | 7/27/00 | Hayman Dengler | | USACE 1011 | Photo MVC-B04x.jpg of attempt to install geotube | X | |
| 444 | 7/27/00 | Hayman Dengler | | USACE 1011 | Photo MVC-B07x.jpg of attempt to install geotube | X | |
| 445 | 7/27/00 | Hayman Dengler | | USACE 1011 | Photo MVC-B09x.jpg of attempt to install geotube | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects To Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 446 | 7/27/00 | Hayman Dengler | | USACE 1011 | Photo MVC-C01x.jpg of attempt to install geotube | X | |
| 447 | 11/23/04 | Hayman Dengler | | | Photo MVC-005s.jpg of beach portion of jetty | X | |
| 448 | 11/23/04 | Hayman Dengler | | | Photo MVC-006s.jpg of beach portion of jetty | X | |
| 449 | 11/23/04 | Hayman Dengler | | | Photo MVC-007s.jpg of beach portion of jetty | X | |
| 450 | 11/23/04 | Hayman Dengler | | | Photo MVC-008s.jpg of beach portion of jetty | X | |
| 451 | 11/23/04 | Hayman Dengler | | | Photo MVC-009s.jpg of beach portion of jetty | X | |
| 452 | 11/23/04 | Hayman Dengler | | | Photo MVC-010s.jpg of beach portion of jetty | X | |