# In The United States Court of Federal Claims

No. 02-205C

(Filed: February 15, 2005)

---

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

The Clerk is directed to assign the instant case to Judge John P. Wiese, a settlement judge, to discuss with the parties the potential for settlement.

Trial in this case will commence on April 18, 2005, in Houston, Texas. Barring full settlement of the case, the court will not modify the trial schedule. It is the court's expectation that the parties shall extend Judge Wiese every courtesy in scheduling and carrying out the proposed plan.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge