**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION IN LIMINE

Plaintiff Weeks Marine, Inc. requests a ruling from this Court that Deposition Exhibit 120 be ruled inadmissible as hearsay. This exhibit is an e-mail dated January 28, 2000 from Dan Anderson of the Corps of Engineers to several other Corps representatives. The e-mail refers to a "call from Rick Smith of Weeks Marine through Bill Hopkins about the proposed geotextile on top of the weir." The balance of the e-mail refers to the author's comments regarding separate discussions that Rick Smith had with two subcontractors. It is expected that the Government will attempt to introduce this exhibit to establish the truth of those purported conversations between the prime contractor and the subcontractors, wherein the subcontractors allegedly expressed concerns about the difficulty of installing the geotube. Because the e-mail refers to conversations between others, the e-mail is pure hearsay of several generations. The exhibit and its contents should be excluded from evidence.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an order in limine precluding the use of Exhibit 120 in any regard at the trial of this matter.

Respectfully submitted,

MILLER LAW FIRM, P.C.

*/s/Danne W. Webb*
Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Ph: (816) 531-0755
Fax: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing was filed electronically on this 2nd day of March, 2005, and that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Robert D. McCallum, Jr.
David M. Cohen
John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

*/s/Danne W. Webb*
Attorneys for Plaintiff