**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEEKS MARINE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **02-205C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED APPLICATION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE AND FILING DEADLINES PENDING FINALIZATION OF SETTLEMENT**

Plaintiff, Weeks Marine, Inc. ("Weeks") files this unopposed application to continue the pretrial conference that is set for Wednesday, March 23, 2005, and to extend filing deadlines for responses to motions in limine. In support of this application, Weeks states as follows:

1. This matter is set for a two week trial beginning April 18, 2005 in Houston, Texas. A pretrial conference is set for March 23, 2005 at 2:00 p.m. Eastern time. Both parties have timely filed motions in limine, and responses are now or will shortly be due.

2. This case has reached a settlement in principle, due in large part to the efforts of Judge Wiese, who acted as a settlement conference judge/mediator in the case. The parties are in the process of preparing and exchanging settlement documents. Although the parties are working with all deliberate speed to accomplish a full and final resolution of the paperwork, the logistics of drafting, finalizing and signing the documentation will in all likelihood take several days.

3. Weeks, through its counsel, has conferred with counsel for the United States, and an agreement has been reached among counsel for the filing of this motion.

4. Weeks thus requests that the filing deadlines be extended, and that the pretrial conference be continued, so the parties can conclude the settlement process.

5. This request is made in the interests of justice, to conserve judicial resources, and to focus the parties on reaching a final resolution without having to incur the time or expense of additional trial preparation.

Respectfully submitted,

MILLER LAW FIRM, P.C.

/s/ Richard W. Miller
Richard W. Miller MO #16136
Danne W. Webb MO #39384
4310 Madison Avenue
Kansas City, Missouri 64111
Ph: (816) 531-0755
Fax: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing was electronically transmitted this 21st day of March, 2005, to:

Robert D. McCallum, Jr.
David M. Cohen
John Williamson
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/s/ Richard W. Miller
Attorney for Plaintiff