# In The United States Court of Federal Claims

No. 02-205C

(Filed: March 22, 2005)

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 21, 2005, plaintiff filed a motion to continue pre-trial conference and filing deadlines pending finalization of settlement. This case is hereby stayed until further order of the court. If, at any point, it becomes apparent that settlement is no longer a reasonable prospect, counsel shall notify the court immediately.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge