IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WEEKS MARINE, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 02-205C<br>(Judge Allegra) |

STIPULATION FOR ENTRY OF JUDGMENT

To settle all the claims asserted in the complaint, and to permit the entry of final judgment upon those claims, without constituting an admission of liability on the part of defendant, it is stipulated and agreed between the parties that:

1. On March 13, 2000, defendant, acting through the United States Army Corps of Engineers, awarded Contract No. DACW63-00-C-0006 to plaintiff Weeks Marine, Inc. to perform the dredging project in Matagorda County, Texas advertised in Solicitation No. DACW64-00-B-0008.

2. On April 10, 2000, Dredge America, Inc. signed a subcontract with Weeks Marine to perform the geotextile tube project specified in Amendment No. 0001 to Solicitation No. DACW64-00-B-0008.

3. On June 6, 2001, Weeks Marine, on behalf of itself and Dredge America, filed a certified claim with the contracting officer that asserted a differing site condition, and sought $1,170,889.00 and a time extension of 158 days.

4. On December 14, 2001, the contracting officer denied Weeks Marine's certified claim. On March 15, 2002, Weeks Marine filed this lawsuit on behalf of Dredge America.

5. Weeks Marine has offered to settle each and all of its claims in this case in exchange for payment by defendant of $103,000.00 inclusive of interest, with each party to bear its own costs, expenses, and attorneys' fees. The payment of $103,000.00 by defendant includes the return of $19,728.00 in liquidated damages that were assessed by the Corps of Engineers, and the return of $13,700 in retainage that has been held by the Corps of Engineers.

6. Plaintiff's offer has been accepted by an authorized representative of the Attorney General.

7. Defendant consents to entry of judgment against it in favor of plaintiff as set out in paragraph 8.

8. Upon entry of judgment, Weeks Marine and Dredge America release, waive, and abandon all claims against the United States of America, its political sub-divisions, its officers, agents, or employees, arising out of or related to the case or otherwise involved in this case, regardless of whether they were included in the complaint, including, but not limited to, all claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

9. This stipulation for entry of judgment is in no way related to or concerned with income or other taxes for which Weeks Marine and Dredge America are now liable or may become liable in the future as a result of this stipulation or as a result of entry of a final judgment.

10. Weeks Marine and Dredge America warrant and represent that no other action or suit with respect to any claims they may have against defendant under, or relating to, Contract No. DACW63-00-C-0006 will be filed in or submitted to any other court, administrative agency, or legislative body, including, but not limited to, the Government Accountability Office.

11. Weeks Marine and Dredge America further warrant and represent that they have

made no assignment or transfer of all or any part of their rights arising out of or relating to the claims involved in this suit. Should there be now, or in the future, any violation of these warranties and representations, Weeks Marine shall promptly refund to defendant all monies paid herein together with interest thereon at the rate provided in 41 U.S.C. § 611 and computed from the date that defendant made payment to Weeks Marine.

12. This stipulation for entry of judgment is for the purposes of settling this case and permitting entry of final judgment, and for no other purpose. Accordingly, this stipulation shall not bind the parties, nor shall it be cited or otherwise referred to, in any other proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as is necessary to effect the terms of this stipulation.

13. Plaintiff's counsel represents that he has been and is authorized to enter into this stipulation on behalf of Weeks Marine and Dredge America.

14. This document constitutes a complete integration of the stipulation between the parties and supersedes any and all prior oral or written representations, understandings or agreements among or between them.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director
Authorized Representative
of the Attorney General

s/ Danne W. Webb

DANNE W. WEBB
Miller Law Firm, P.C.
4310 Madison Ave.
Kansas City, MO 64111
Tele: (816) 531-0755

Attorney for Weeks Marine, Inc.
and Dredge America, Inc.

Dated: March 31, 2005

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street N.W., 8th Floor
Tele: (202) 307-0277

Attorneys for Defendant

Dated: April 1, 2005

OF COUNSEL:

ALEX PETTY
Assistant District Counsel
U.S. Army Corps of Engineers
2000 Fort Point Drive
Galveston, TX 77550

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 3rd day of April 2005, a copy of the foregoing "STIPULATION FOR ENTRY OF JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson______