# In The United States Court of Federal Claims

No. 02-205C

(Filed: April 4, 2005)

---

WEEKS MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On April 4, 2005, the parties filed a Joint Stipulation for Entry of Judgment. The stipulation for entry of judgment is accepted by the court and is incorporated in this order by reference. Pursuant to the stipulation, the Clerk is directed to enter judgment for plaintiffs in the amount of One Hundred and Three Thousand and no/100 Dollars ($103,000.00). No costs.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge