# In the United States Court of Federal Claims

**No. 02-205 C**

**WEEKS MARINE, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the April 4, 2005 Joint Stipulation for Entry of Judgment and the court's Order, filed that same date,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $103,000.00. No costs.

Brian Bishop
Clerk of Court

**April 8, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.