United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

April 18, 2005

Danne Wayne Webb, Esq.
Miller Law Firm
4310 Madison Avenue
Kansas City, MO 64111

In re: Weeks Marine, Inc. v. United States, No. 02-205 C

Dear Mr. Webb:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 14, 2005, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: John Hamilton Williamson, Esq.
Department of Justice